JUDGE JESUS B. BERNAL
EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5:21-cv-00941-JGB-KKx | | | |
|---|---|---|---|---|
| Case Name | Fair Housing Council, etc., et al. v. Group XIII Properties, LP, et al. | | | |
| Matter | | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
| ☒ Jury Trial  or  ☐ Court Trial **(Tuesday at 9:00 a.m.)**   Length: __5__ Days | | 10/18/2022 | 10/18/2022 | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday - two (2) weeks before trial date)** | | 09/26/2022 | 09/26/2022 | |
| Last Date to Conduct Settlement Conference | | 08/30/2022 | 08/30/2022 | |
| Last Date to **Hear** Non-discovery Motions (Monday at 9:00 a.m.) | | 09/05/2022 | 09/05/2022 | |
| All Discovery Cut-Off (including hearing all discovery motions) | | 07/11/2022 | 07/11/2022 | |
| Expert Disclosure (Rebuttal) | | 06/13/2022 | 06/13/2022 | |
| Expert Disclosure (Initial) | | 05/16/2022 | 05/16/2022 | |
| Last Date to Amend Pleadings or Add Parties | | 03/14/2022 | 03/14/2022 | |

ADR [L.R. 16-15] Settlement Choice:

    ☐ Attorney Settlement Officer Panel

    ☐ Private Mediation

    ☒ Magistrate Judge