BRANCART & BRANCART
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., AND JAMES BEASLEY<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, AND ELISA VALERIO,<br><br>Defendants. | Case No.: 5:21-cv-00941-JGB-KKx<br><br>**NOTICE OF LODGING OF AMENDED STIPULATED PROTECTIVE ORDER FOR ENTRY BY THE COURT; [PROPOSED] AMENDED STIPULATED PROTECTIVE ORDER** |

Pursuant Rule 26(c), plaintiff hereby lodges on behalf of all parties for entry by the Court a proposed stipulated protective order amending the order entered by the Court on October 26, 2021 (ECF 21) by adding a designation for "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information or items.

Dated:  December 19, 2022.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on December 19, 2022, I served by email via ECF a copy of the attached document – **NOTICE OF LODGING OF AMENDED STIPULATED PROTECTIVE ORDER FOR ENTRY BY THE COURT; [PROPOSED] AMENDED STIPULATED PROTECTIVE ORDER** – on the following attorneys:

Wayne Leech
LAW OFFICE OF D. WAYNE LEECH, A PROFESSIONAL CORPORATION
11001 Main Street, Suite 200
El Monte, CA 91731
wayne@leechlaw.com

[For Defendants]

*/s/ Christopher Brancart*