UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER<br><br>    Defendants. | Case 5:21-cv-00941-JGB-KK<br><br>ORDER AMENDING CIVIL TRIAL SCHEDULING ORDER |

Having considered the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the current civil trial scheduling order (ECF 26) is amended as follows:

| No. | Task | Current Deadline (ECF 26) | Proposed Deadline |
|---|---|---|---|
| 01 | All Discovery Cutoff | 01/30/2023 | 03/27/2023 |

-1-

| | | | |
|---|---|---|---|
| 02 | Expert Discovery Cutoff | 04/03/2023 | 06/05/2023 |
| 03 | Dispositive Motion Hearing Cutoff | 04/10/2023 | 06/05/2023 |
| 04 | Complete Settlement Conference | 02/27/2023 | 04/24/2023 |
| 05 | Trial Filings (first round) | 04/24/2023 | 06/19/2023 |
| 06 | Trial Filings (second round) | 05/01/2023 | 06/26/2023 |
| 07 | Trial Filings (third round) | 05/08/2023 | 07/03/2023 |
| 08 | Final Pretrial Conference (11:00 a.m.) | 05/22/2023 | 08/28/2023 at 11:00 a.m. |
| 09 | Jury Trial (9:00 a.m.) | 06/06/2023 | 09/19/2023 at 9:00 a.m. |

Dated:  December 29, 2022.

Hon. Jesus G. Bernal
United States District Judge