**EXHIBIT 5**

Electronically FILED by Superior Court of California, County of Los Angeles on 09/22/2021 07:57 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Gonzalez,Deputy Clerk

D. Wayne Leech SBN 97676
Law Office of D. Wayne Leech a Professional Corporation
11001 Main Street, Suite 200
El Monte, CA 91731
Telephone: (626) 443-0061
Facsimile: (626) 443-1165
E-mail: wayne@leechlaw.com
Attorney for Defendants PAMA MANAGEMENT INC., and I E RENTAL HOMES INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ANGELES - CENTRAL DISTRICT

| | |
|---|---|
| ISAIAH KELLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PAMA MANAGEMENT INC., a California corporation, I E RENTAL HOMES INC., a California corporation and DOES 1 through 20, Inclusive,<br><br>Defendants. | **Case No.: 21STCV08389**<br><br>REPLY TO OPPOSITION MOTION TO COMPEL ARBITRATION AND TO STAY ACTION PENDING COMPLETION OF ARBITRATION BY DEFENDANTS PAMA MANAGEMENT INC., AND I E RENTAL HOMES INC.; DECLARATION OF SHERRI WILSON<br><br>[Filed with Notice of Lodging of hard copy of Plaintiff's driver's license (redacted) to maintain confidentiality of the driver's license)<br><br>Hearing Date: September 29, 2021<br>Time: 9:30 AM<br>Dept: 71<br><br>(Filed concurrently with Request for Judicial Notice)<br><br>*Assigned to the Honorable Monica Bachner, Judge presiding, Dept 71*<br><br>Court Reservation No.: 673728845866 |

Defendants PAMA MANAGEMENT INC., and I E RENTAL HOMES INC., submit the following reply to plaintiff's opposition to the Motion to Compel Arbitration:

**I.      Summary of reply argument**

# DECLARATION OF SHERRI WILSON

## DECLARATION OF SHERRI WILSON

I, Sherri Wilson, hereby declare and state as follows:

1. I am the Director of Human Resources for Defendants I E Rental Homes, Inc., and Pama Management Inc., aka Pama Management Co. ("Pama"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. In my position as Director of Human Resources, I am the only person who processes employment agreements with new employees for I E Rental Homes, Inc., and Pama.

3. I noticed that there was a typographical error in a date inserted in my declaration dated April 1, 2021 filed in support of the motion to compel arbitration. Paragraph 6 of my declaration states in relevant part:

> "I personally reviewed and then provided Plaintiff with his Residential Apartment Manager Employment Agreement containing the provision mandating arbitration of all disputes as shown in Section 8 entitled Arbitration of Dispute and his Arbitration Agreement - Addendum to Employment Agreement on or about ***August 15, 2018***. Based on my review of Pama's and IE Rental Homes, Inc.'s records relating to Plaintiff, Plaintiff reviewed and executed the Agreement(s) on or about December 15, 2017." (Emphasis added).

The declaration should have stated:

> "I personally reviewed and then provided Plaintiff with his Residential Apartment Manager Employment Agreement containing the provision mandating arbitration of all disputes as shown in Section 8 entitled Arbitration of Dispute and his Arbitration Agreement - Addendum to Employment Agreement on or about December 15, 2017. Based on my review of Pama's and IE Rental Homes, Inc.'s records relating to Plaintiff, Plaintiff reviewed and executed the Agreement(s) on or about December 15, 2017."

4. As part of the on-boarding process with new employees, I obtain a copy of their driver's license in order to verify the identity of the employee. In addition, the employee is asked to review and sign other documents as part of the onboarding process.

5. Attached hereto as Exhibit G and made a part hereof is a true and correct copy of ISAIAH KELLEY's driver's license (redacted). The signature on ISAIAH KELLEY's driver's license appears to match the signatures on the Residential Apartment Manager Employment Agreement and the Arbitration Agreement – Addendum to Employment Agreement.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of September 2021, at El Monte, California.

_____
Sherri Wilson

4. As part of the on-boarding process with new employees, I obtain a copy of their driver's license in order to verify the identity of the employee. In addition, the employee is asked to review and sign other documents as part of the onboarding process.

5. Attached hereto as Exhibit G and made a part hereof is a true and correct copy of ISAIAH KELLEY's driver's license (redacted). The signature on ISAIAH KELLEY's driver's license appears to match the signatures on the Residential Apartment Manager Employment Agreement and the Arbitration Agreement – Addendum to Employment Agreement.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of September 2021, at El Monte, California.

*Sherri Wilson*