BRANCART & BRANCART
Christopher Brancart (SBN 128475)
*cbrancart@brancart.com*
Elizabeth Brancart (SBN 122092)
*ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER,**<br><br>**Defendants.** | **Case 5:21-cv-00941-JGB-KK**<br><br>**PLAINTIFFS' UNOPPOSED APPLICATION FOR A ONE-DAY EXTENSION TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF 51); DECLARATION OF CHRISTOPHER BRANCART; [PROPOSED] ORDER** |

Plaintiffs hereby apply for an order extending the current deadline by one day -- from Monday, March 20, to Tuesday, March 21, 2023 -- to file their opposition to defendants' motion for summary judgment (ECF 51.) Defendants do not oppose the relief requested in this application. A proposed order is lodged as an attachment and emailed to chambers.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), there is good cause to grant this

application for the following reasons:

First, it is timely. The deadline to file plaintiffs' opposition has not expired.

Second, plaintiffs have worked diligently to prepare and file a timely opposition. (Brancart Dec., ¶ 2 [attached hereto].)

Third, in spite of their diligence, unforseen events beyond plaintiffs' control preclude plaintiffs from meeting the current deadline (Brancart Dec., ¶ 3); specifically:

- The law office of Brancart & Brancart, plaintiffs' counsel, is located at 8205 Pescadero Creek Road in Loma Mar, California, a village in unincorporated San Mateo County. (Id.)
- Between Tuesday, March 14, and Thursday, March 16, the Brancart law office was without electrical power, internet and telephone due to power outages by PG&E. (Id.)
- Power was restored as of Friday, March 17, and Elizabeth and Christopher Brancart, plaintiffs' attorneys, worked on plaintiffs' opposition from Friday, March 17, to Sunday night, March 19, when power was again interrupted. (Id.)
- This morning, March 20, when Elizabeth and Christopher Brancart reported to their office to complete and file plaintiffs' opposition, they found that their office again had no power, internet or telephone. (Id.)
- To prepare this application, Christopher Brancart returned to his home in Pescadero, which has power. (Id.)

Fourth, PG&E estimates that power will be restored to Loma Mar later today; accordingly, plaintiffs anticipate that they will be able to complete and file their opposition by tomorrow, March 21. (Brancart Dec., ¶ 4.)

5. Defendants indicate that they do not oppose the relief requested in this application. (Brancart Dec., ¶ 5.)

6. Granting this one-day extension will not delay the ultimate resolution

of this action.

* * *

Dated: March 20, 2023.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart (SBN 128475)
*cbrancart@brancart.com*
Elizabeth Brancart (SBN 122092)
*ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on March 20, 2023, I certify that I served by email via ECF a copy of the attached document – **PLAINTIFFS' UNOPPOSED APPLICATION FOR A ONE-DAY EXTENSION TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF 51); DECLARATION OF CHRISTOPHER BRANCART; [PROPOSED] ORDER**– on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*jdavidson@larsonllp.com*

           */s/ Christopher Brancart*