BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  *cbrancart@brancart.com*
  Elizabeth Brancart (SBN 122092)
  *ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER<br><br>Defendants. | Case 5:21-cv-00941-JGB-KK<br><br>PLAINTIFFS' UNOPPOSED THIRD APPLICATION FOR ONE-DAY EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS NIJJAR AND KLER'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER |

Plaintiffs seek a further one-day extension of time to file their opposition to defendants' motion for summary judgment based on extraordinary circumstances caused by severe and continued storms in the Bay Area, hitting especially hard on the San Mateo County Coast where plaintiffs' counsel live and work.

Plaintiffs' opposition was due on Monday, March 20, 2023.  On Monday, because there was no power, internet or phones at plaintiffs' counsel's office because of the effects of the latest winter storm, plaintiffs requested a one-day extension.  Counsel assumed that the power and internet would be back on

Tuesday morning to enable them to finalize the brief and accompanying exhibits, statement of material facts, and declarations. That application was unopposed. (ECF 53.) Unfortunately, although the power returned on Tuesday morning, it went out shortly after noon and has not returned. Plaintiffs' counsel filed a second request for a one-day extension yesterday. (ECF 54.) As of this time, 4:00 p.m. on Wednesday, March 22, the power and internet remains out and its absence has made it impossible for counsel to complete plaintiffs' opposition and accompanying papers.

    Today plaintiffs' counsel contacted defendants' counsel and suggested stipulating to moving the hearing date and briefing schedule out one week in case the power/internet did not return tomorrow, Thursday. Defense counsel prefers to keep the current hearing date but does not oppose this request for a one-day extension. Defendants will request additional time for the reply if needed which plaintiffs obviously will not oppose.

    For good cause, plaintiffs respectfully request that the Court extend the time to file plaintiffs' opposition by one more day until March 23, 2023.

    Dated: March 22, 2023.

BRANCART & BRANCART

*/s/ Elizabeth Brancart*
Elizabeth Brancart

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on March 22, 2023, I served by email via ECF a copy of the attached document –**PLAINTIFFS' UNOPPOSED THIRD APPLICATION FOR ONE-DAY EXTENSION TO FILE OPPOSITION TO DEFENDANTS NIJJAR AND KLER'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** – on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*jdavidson@larsonllp.com*

                          */s/Elizabeth Brancart*