## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., AND JAMES BEASLEY<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, AND ELISA VALERIO,<br><br>Defendants. | Case No.: 5:21-cv-00941-JGB-KKx<br><br>ORDER (1) GRANTING Plaintiffs' Application for Extension of Time (Dkt. No. 53); and (2) GRANTING Plaintiffs' Second Application for Extension of Time (Dkt. No. 55 & 56) |

Having considered plaintiffs' applications for additional one-day extensions to file their opposition to defendants' motion for summary judgment, and good cause appearing therefor, IT IS HEREBY ORDERED that plaintiffs' opposition is due on March 22, 2023.

Dated: March 22, 2022.

Hon. Jesus G. Bernal
United States District Judge