BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  *cbrancart@brancart.com*
  Elizabeth Brancart (SBN 122092)
  *ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER,<br><br>Defendants. | Case 5:21-cv-00941-JGB-KK<br><br>RENEWED - PLAINTIFFS' UNOPPOSED THIRD APPLICATION FOR ONE-DAY EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS NIJJAR AND KLER'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER |

Plaintiffs sought three one-day extensions to file their opposition to defendants' motion for summary judgment based on the extraordinary circumstances caused by the continuation of storms and power/internet outages in the Bay Area. (ECF 53, 54, and 56.) The third request, filed today at 5:06 p.m. requested an extension until tomorrow, March 23, 2023. (ECF 56.) Shortly thereafter the Court issued an order granting plaintiffs' applications, but setting the due date for today, March 22. (ECF 57.) Because the power and internet is still out at counsel's office, plaintiffs respectfully request that the Court grant this

1 | renewed application and set the opposition due date for tomorrow, March 23.
2 |     Dated: March 22, 2023.

                                            BRANCART & BRANCART

                                            */s/ Elizabeth Brancart*
                                            Elizabeth Brancart

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on March 22, 2023, I served by email via ECF a copy of the attached document –**RENEWED - PLAINTIFFS' UNOPPOSED THIRD APPLICATION FOR ONE-DAY EXTENSION TO FILE OPPOSITION TO DEFENDANTS NIJJAR AND KLER'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** – on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*jdavidson@larsonllp.com*

/s/Elizabeth Brancart