# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., AND JAMES BEASLEY<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, AND ELISA VALERIO,<br><br>Defendants. | Case No.: 5:21-cv-00941-JGB-KKx<br><br>ORDER (1) GRANTING Plaintiffs' Renewed Application for Extension of Time (Dkt. No. 58); and (2) Continuing Hearing on Defendants' Motion for Summary Judgment (Dkt. No. 51) to April 17, 2023 |

Having considered plaintiffs' unopposed application for additional one-day extension to file their opposition to defendants' motion for summary judgment (Dkt. No. 58), and good cause appearing therefore, IT IS HEREBY ORDERED that plaintiffs' opposition is due on March 27, 2023. Defendants' reply is due on April 3, 2023. The Court CONTINUES the hearing on Defendants' motion for summary judgment (Dkt. No. 51) to April 17, 2023 at 9:00 a.m.

Dated: March 23, 2023.

Hon. Jesus G. Bernal
United States District Judge