BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  *cbrancart@brancart.com*
  Elizabeth Brancart (SBN 122092)
  *ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,**<br><br>          Plaintiffs,<br><br>     vs.<br><br>**GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER**<br><br>          **Defendants.** | Case 5:21-cv-00941-JGB-KK<br><br>**PLAINTIFFS' COMPENDIUM OF EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS NIJJAR AND KLER'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:<br>Date: April 17, 2023<br>Time: 9:00 a.m.<br>Ctrm: Riverside, Courtroom 1<br><br>Judge: Jesus G. Bernal |

Attached Exhibits 1-79 in support of plaintiffs' opposition to defendants' motion for summary judgment (ECF 51).

Dated:  March 24, 2023.

                                                            Respectfully submitted,

                                                            BRANCART & BRANCART

                                                            */s/ Elizabeth Brancart*
                                                            Elizabeth Brancart

# **INDEX**

| Exh. No. | Description |
|---|---|
| 1 | Daljit Kler Responses to Plaintiff's Request for Admission (Nos. 1-49) |
| 2 | Swaranjit (Mike) Nijjar Responses to Plaintiff's Request for Admission (Nos. 39-55) |
| 3 | Excerpts of the Deposition of Swaranjit Nijjar taken on April 5, 2011, in *Charles v. Mountain View Mobile Home Estates*, SB No. CIVDS 1004144 |
| 4 | Excerpts of the Deposition of Swaranjit Nijjar taken on May 24, 2019 in *Reina v. Group XIII Properties LP*, San Bernardino CIVDS1706045 |
| 5 | Excerpts of the Deposition of Everet Miller taken on October 11, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 |
| 6 | Exhibit E to the Deposition of Everet Miller taken on October 11, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 |
| 7 | State of California Department of Real Estate Public License Lookup webpage for Nijjar Realty Inc. and Pama Management, Inc. |
| 8 | Certified copies of filings by Pro Management Company Inc. with the Nevada Secretary of State |
| 9 | Excerpt of the Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Sup. Court No. CIVDS1802102 |
| 10 | Group XIII Properties LP limited partnership agreement produced by defendants in discovery |
| 11 | DHA Opportunity 1 LP limited partnership agreement produced by defendants in discovery |
| 12 | Grant deed dated January 2, 2019, transferring title of title of the real property at 675 S. San Jacinto Street, in Hemet APN 447-173-020-8 from Group XIII Properties, LP to DHA Opportunity 1, LP. |

| | | |
|---|---|---|
| | 13 | Grant deed dated May 21, 2021, transferring title of title of the real property at 675 S. San Jacinto Street, in Hemet APN 447-173-020-8 from Group XIII Properties, LP to DHA Opportunity 1, LP. |
| | 14 | Grant deed dated August 16, 2016, transferring title of the real property at 1250 North "F" Street in San Bernardino APN 0150-342-35-000 from Group XIII Properties, LP to DHA Opportunity 1, LP.  The grant deed was recorded by the County of San |
| | 15 | Grant deed dated October 13, 2017, transferring title of title of the real property at 421 N. San Jacinto Street, in Hemet APN 445-103-009-8 from Group XIII Properties, LP to DHA Opportunity 1, LP. |
| | 16 | Grant deed dated July 10, 2015, transferring title of the real property at 24864 Eucalyptus Avenue in Moreno Valley APN 481-210-030-1 from Group XIII Properties, LP to DHA Opportunity 1, LP. |
| | 17 | Deed of trust recorded by the Riverside County Recorder on July 31, 2015 (Doc. 2015-0342271) with respect to the real property at 24864 Eucalyptus Avenue in Moreno Valley APN 481-210-030-1 |
| | 18 | Grant deed dated April 15, 2019, transferring title of the real property 380 E. Nicolet in Banning APN 541-103-031 from Group XIII Properties, LP to DHA Opportunity 1, LP. |
| | 19 | Deed of trust recorded by the Riverside County Recorder on May 10, 2019 (Doc. 2019-0 0164109) with respect to the real property 380 E. Nicolet in Banning APN 541-103-031 |
| | 20 | Grant deed dated August 21, 2019, transferring title of the real property at 1927 Eagle Mountain Road in San Bernardino from Golden Opportunity No. 17 LP to DHA Opportunity 1, LP. |
| | 21 | Amendment to Certificate of Limited Partnership filed by Golden Opportunity No. 17 LP with the California Secretary of State on June 29, 2018, along with related documents |
| | 22 | Exhibit 4 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 |
| | 23 | Exhibit 5 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 |

| | | |
|---|---|---|
| 24 | Exhibit 6 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | |
| 25 | Exhibit 7 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | |
| 26 | Exhibit 8 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | |
| 27 | California Department of Real Estate license information regarding Pro Management Company XIV, Inc. | |
| 28 | Pro Management Company Inc.'s Statement and Designation by Foreign Corporation filed with the Secretary of State of California on May 28, 2018 and Statements of Information filed 2022-21 | |
| 29 | 2020 Property Management Agreement between DHA Opportunity 1 LP and pro Management Inc. | |
| 30 | Management Liability Coverage Binder for Pama Management Inc. | |
| 31 | Documents from Elisa Valerio's employment file | |
| 32 | Residential Apartment Manager Employment Agreement between Pro Management and Elisa Valerio | |
| 33 | Declaration of Sherri Wilson filed in the L.A. Superior Court in the case *Kelley v. Pama Management, Inc. et al*, No. 21STCV08389 | |
| 34 | Deposition of Swaranjit Nijjar taken on December 12, 2012 in *Jimenez v. Nijjar Realty, Inc. dba Pama Management Co,. Group XIII Properties LP*, Riverside County Superior Court Case No. RIC 1116447 | |
| 35 | Printout of Lexis/Nexis Accurint database search results seeking all business entities with the address 4900 Santa Anita Avenue, El Monte, CA 91731, # 2B or #2C | |
| 36 | Complaint filed in Riverside Superior Court in the case *Lamkin et al. v. Group III SGV Properties and Group III Properties LP*, No. MCC1700449 | |

| | |
|---|---|
| 37 | Action for Damages filed in San Bernardino Superior Court in the case *Cluck et al. v. IE Rentals, LLC and Pama Management, Inc.*, No. 19CIVDS 1924730 |
| 38 | Complaint filed in San Bernardino Superior Court in the case *Brown v. Starlite Mgmt - VI, LP, Pama Management, Inc. and IE Rental Homes*, No. 19CIVDS 1924481 |
| 39 | Notice of Lien recorded by the San Bernardino County Recorder on September 7, 2022 on property owned by DHA Opportunity 1 LP |
| 40 | Notice of Lien – Fire Hazard Abatement recorded by the San Bernardino County Recorder on October 13, 2022 on property owned by Group XIII Properties LP |
| 41 | Declaration of LAPD Senior Lead Officer Carol Sawamura submitted in *State v. Group IX BP Properties, LP*, LA Superior Court No. 22STCV05624 |
| 42 | Order re Motion for Preliminary Injunction in *State v. Group IX BP Properties, LP*, LA Superior Court No. 22STCV05624 |
| 43 | HUD complaint filed by Inland Fair Housing and Mediation Board |
| 44 | HUD conciliation agreement between IFHMB and Pama Management, Inc., IE Rental Homes, Inc., Nijjar Realty, Inc. and properties in *Inland Fair Housing and Mediation Board v. Pama Management, Inc. et al.*, HUD Case No. 09-18-2663-8 |
| 45 | Decision of the Real Estate Commission of California in *In the matter of the Accusation of: Nijjar Realty Inc, etc. et al.*, California Department of Real Estate Decision in case No. H-41000 LA, OAH No. 2018050393 |
| 46 | Printout of from Nevada Secretary of State's website regarding Regency Management, Inc. |
| 47 | Printout from California Secretary of State's website regarding Regency Management, Inc. |
| 48 | Printout from California Department of Real Estate license information regarding Regency Management, Inc. |
| 49 | Printout of from Nevada Secretary of State's website regarding Equity Management, Inc. |

| | |
|---|---|
| 50 | Printout from California Secretary of State's website regarding Equity Management, Inc. |
| 51 | Printout from California Department of Real Estate license information regarding Equity Management, Inc. |
| 52 | Printout of from Nevada Secretary of State's website regarding Legacy Management Services, Inc. |
| 53 | Printout from California Secretary of State's website regarding Legacy Management Services, Inc. |
| 54 | Printout from California Department of Real Estate license information regarding Legacy Management Services Inc. |
| 55 | Printout of from Nevada Secretary of State's website regarding Hightower Management Inc. |
| 56 | Printout from California Secretary of State's website regarding Hightower Management Inc. |
| 57 | Printout from California Department of Real Estate license information regarding Hightower Management Inc. |
| 58 | Printout of from Nevada Secretary of State's website regarding Mobile Management Services Inc. |
| 59 | Printout from California Secretary of State's website regarding Mobile Management Services Inc. |
| 60 | California Department of Real Estate license information regarding Mobile Management Services Inc. |
| 61 | Printout of from Nevada Secretary of State's website regarding Bridge Management Inc. |
| 62 | Printout from California Secretary of State's website Bridge Management Inc. |
| 63 | Printout from California Department of Real Estate license information regarding Bridge Management Inc. |
| 64 | Printout of from Nevada Secretary of State's website regarding Golden Management Services, Inc. |

| | | |
|---|---|---|
| 65 | Printout from California Secretary of State's website regarding Bridge Management Inc. | |
| 66 | Grant deed information for the property located at 3533 Dwight Avenue in Riverside | |
| 67 | California Secretary of State's documents regarding Golden Opportunity 14 LP and Golden Opportunity 14 Inc. | |
| 68 | California Secretary of State documents regarding MLMZG 14 LP and MLMZG Inc. | |
| 69 | DHA Opportunity LPs Responses to Plaintiff's Request for Admission (Nos. 1-49) | |
| 70 | Plaintiffs' Request for Production of Documents, Set No. 1 and Plaintiffs' Request for Production of Documents to All Defendants, Set No, 3 re-served | |
| 71 | Defendants' Supplemental Response to Plaintiffs' Third Request for Production to Defendants, etc. served February 16, 2023 | |
| 72 | California Department of Real Estate license information regarding Scott Brown | |
| 73 | California Department of Real Estate license information regarding I E Rental Homes, Inc. | |
| 74 | California Department of Real Estate license information regarding Pama Management, Inc. | |
| 75 | Excerpts of the Deposition of Daljit Kler taken on May 24, 2019 in *Reina v. Group XIII Properties LP*, San Bernardino CIVDS1706045 | |
| 76 | California Secretary of State information regarding Pama Management, Inc. | |
| 77 | California Secretary of State information regarding I E Rental Homes, Inc. | |
| 78 | Complaint in *Lopez v. Pama Management, Inc.*, U.S. District Court Case No. 2:16-CV-9390-ODW-JCx (C.D. Cal.) | |
| 79 | Complaint for Damages for Common Counts in *Bouzane v. Nijjar, et al.*, LA Superior Court No. 22STCV38447 | |

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on March 24, 2023, I served by email via ECF a copy of the attached document – **PLAINTIFFS' COMPENDIUM OF EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS NIJJAR AND KLER'S MOTION FOR SUMMARY JUDGMENT** – on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*jdavidson@larsonllp.com*

　　　　　　　　　　　　　　*/s/Elizabeth Brancart*