**EXHIBIT 75**

|     |                                                              |                    |
|-----|--------------------------------------------------------------|--------------------|
| 1   | SUPERIOR COURT OF THE STATE OF CALIFORNIA                    |                    |
| 2   | FOR THE COUNTY OF SAN BERNARDINO                             |                    |
| 3   | _____                          |                    |
| 4   | NORMA CARDOZA REINA; BYRON                                   |                    |
| 5   | ORTEGA ARDOIN,                                               |                    |
| 6   |          PLAINTIFFS,                                         | CASE NO.           |
| 7   |     V.                                                      | CIV DS1706045      |
| 8   | GROUP XIII PROPERTIES LP; THREE                              | CONSOLIDATED WITH  |
| 9   | PEACHES, LLC; AND DOES 1-50,                                 | CIV DS1803161      |
| 10  | INCLUSIVE,                                                   |                    |
| 11  |          DEFENDANTS.                                         |                    |
| 12  | _____                          |                    |
| 13  |                                                              |                    |
| 14  |                                                              |                    |
| 15  |       VIDEOTAPED DEPOSITION OF DALJIT KAUR KLER              |                    |
| 16  |              FRIDAY, MAY 24, 2019                            |                    |
| 17  |                                                              |                    |
| 18  |                                                              |                    |
| 19  |                                                              |                    |
| 20  |                                                              |                    |
| 21  |                                                              |                    |
| 22  |                                                              |                    |
| 23  | JOB NO.: 3273157-2                                           |                    |
| 24  | REPORTED BY:  ROLAND TETENBAUM, NOTARY PUBLIC                |                    |
| 25  | PAGES 1 - 99                                                 |                    |

Page 1

```
 1                    A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFFS:
 3          CHANDRA GEHRI SPENCER, ESQUIRE
 4          ELDER & SPENCER, LLP
 5          2625 TOWNSGATE ROAD, SUITE 330
 6          WESTLAKE VILLAGE, CA 91361
 7          CHANDRA@ELDERSPENCER.COM
 8          (213) 631-8331
 9
10    ON BEHALF OF DEFENDANTS:
11          CRISTINA M. CIMINELLI, ESQUIRE
12          YUKEVICH CAVANAUGH
13          355 SOUTH GRANDE AVENUE, 15TH FLOOR
14          LOS ANGELES, CA 90071
15          CCIMINELLI@YUKELAW.COM
16          (213) 362-7777
17
18
19
20
21
22
23
24
25
```

```
                     P R O C E E D I N G S
```

1

2              COURT REPORTER:  Good afternoon.  We are

3   going on the record at 1:03 p.m. on May 24, 2019.

4   Please note that the microphones are sensitive and may

5   pick up whispering, private conversations and cellular

6   interference.  Please turn off all cell phones or place

7   them away from the microphones as they can pick up -- as

8   they can interfere with the deposition audio.  Audio and

9   video recording will continue to take place, unless all

10  parties agree to go off the record.  This is media unit

11  one of the video recorded deposition of Daljit Kler,

12  taken by counsel for Plaintiff in the matter of Norma

13  Cardoza Reina, et al. v. Group XIII Properties, LP, et

14  al., filed in the Superior Court of the State of

15  California, County of San Bernardino, case number CIV

16  DS1706045.  This deposition is being held at Personal

17  Court Reporters located at 316 West 2nd Street, Suite

18  200, Los Angeles, California, 90012.

19              My name is Roland Tetenbaum from the

20  firm, Veritext Legal Solutions.  I'm the videographer

21  and digital reporter.  I'm not related to any party in

22  this action, nor am I financially interested in the

23  outcome.  Counsel and all present, please state your

24  appearances and affiliations for the record.

25              MS. SPENCER:  Chandra Spencer, attorney

1   on behalf of Plaintiffs.

2              MS. CIMONELLI:  Cristina Ciminelli on

3   behalf of Group VIII Covina Properties and Pama

4   Management, Inc.

5   WHEREUPON,

6                    DALJIT KAUR KLER,

7   called as a witness, and having been first duly sworn to

8   tell the truth, the whole truth and nothing but the

9   truth, was examined and testified as follows:

10                      EXAMINATION

11  BY MS. SPENCER:

12       Q    Can you please state and spell your full name?

13       A    Daljit Kaur Kler, D-A-L-J-I-T, middle name, K-

14  A-U-R, last name, K-L-E-R.

15       Q    And, Ms. Kler, I know you've had your

16  deposition taken before, so I'm not going to spend a lot

17  of time going over the admonitions, because I know all

18  of us would like to get out of here early today, but I

19  just want to remind you that the oath that you've been

20  given is the same oath that you would be given if you

21  were to testify in court, which is that you're telling

22  me the truth to the best of your knowledge, under

23  penalty of perjury.  Do you understand that?

24       A    I do.

25       Q    If at any time you don't understand a question

Page 6

```
 1   your supervisors by text, is that a Pama Management
 2   phone, or is that your personal phone?
 3       A    It's my personal and Pama Management.
 4       Q    And the phone -- the phone that you use to
 5   communicate with Melanie, is that a Pama Management
 6   phone, or is that her personal phone?
 7       A    It's her personal and Pama Management.  They
 8   use it for both.
 9       Q    Does Pama pay for it?
10       A    I -- we do.
11       Q    Okay.  And what's -- do you happen to have
12   Melanie's phone number that you use to communicate with
13   her by text message?
14       A    Not in my head.
15       Q    Okay.  You have it somewhere though?
16       A    Yes.
17       Q    Okay.  Any other persons that you've
18   communicated with via text message -- that you believe
19   you have communicated with via text message, related to
20   this property?
21       A    Not that I can think of.
22       Q    All right.  We'll go back through this list of
23   -- I'll ask some specific questions later.  So what is
24   your current position with Pama Management?
25       A    I'm the President of the -- Pama Management.
```

Page 11

1  You're trying to say that, "When you file a complaint,
2  that's a written complaint from the tenant," but you are
3  a lawyer and your expert goes in and makes a list for
4  you. But that's not your -- that's not your clients'
5  complaints as far as we're concerned.
6  BY MS. SPENCER:
7      Q   Do you know whether or not any repair work was
8  done in unit 15 at this property in response to the
9  lawsuit?
10     A   I don't.
11     Q   Do you know whether any repair work was done
12 in unit 13 at this property in response to the lawsuit?
13     A   No.
14     Q   Do you know whether or not any repair work was
15 done in unit nine at this property in response to the
16 lawsuit?
17     A   No.
18     Q   Do you know what, if any, work was done in any
19 of those units, following receipt of the lawsuit?
20     A   No.
21     Q   Do you know whether or not any of these
22 tenants were served with a rent increase notice
23 following receipt of the lawsuit?
24     A   No.
25     Q   When a lawsuit comes in who, besides yourself

```
 1   and Jesse, and your outside counsel, and insurance
 2   company is notified?
 3       A    [No audible response.]
 4              MS. CIMINELLI:  Objection --
 5   BY MS. SPENCER:
 6       Q    Who within Pama Management, Incorporated?
 7              MS. CIMINELLI:  Objection.  Assumes
 8   facts.
 9              THE WITNESS:  That's it.  That's it.
10   BY MS. SPENCER:
11       Q    Is the finance department notified that a
12   lawsuit has been filed?
13       A    No.
14       Q    Is the -- is Sherri Wilson notified a
15   lawsuit's been filed?
16       A    She's aware of it.  She will become aware of
17   it.  It's not necessarily -- sometimes she is, sometimes
18   she isn't.
19       Q    Is the manager notified that a lawsuit has
20   been filed?
21       A    No.
22       Q    Is the area supervisor notified that a lawsuit
23   has been filed?
24       A    No.
25       Q    While Everet Miller --
```

Page 88

| | |
|---|---|
| 1 | MS. CIMINELLI: I'm just going to |
| 2 | object -- |
| 3 | BY MS. SPENCER: |
| 4 | Q    While Everet Miller was working there, was he |
| 5 | notified that a lawsuit had been filed? |
| 6 | A    He becomes aware of it too. |
| 7 | Q    How does he become aware? |
| 8 | A    It gets served in that office, so. |
| 9 | Q    So, when it's served in his office, he was |
| 10 | made aware? |
| 11 | A    Yes. |
| 12 | Q    What about Ryan Liu?  Was he ever notified -- |
| 13 | is he notified when a lawsuit has been filed? |
| 14 | A    No. |
| 15 | Q    Do you know that complaint log that you were |
| 16 | talking about, that you have at your office?  Do you |
| 17 | know whether or not anyone looked through the complaint |
| 18 | log to see whether there were any complaints from any of |
| 19 | the tenants who are part of this lawsuit related to the |
| 20 | property? |
| 21 | A    I don't. |
| 22 | Q    And whose job would it have been to look for |
| 23 | that? |
| 24 | A    If they were looking for a specific, in |
| 25 | particular, related to the lawsuit, it would probably be |

Page 89

```
 1    Jesse.
 2         Q    So, one of the things that Lanetta neglected
 3    to ask you about last time you were here, was your
 4    training in real estate and property management.  I know
 5    you had testified that you're a broker.  Is that
 6    correct?
 7         A    Yes.
 8         Q    So, other than the classes that you've taken
 9    in the context of obtaining or maintaining your broker's
10    license, have you ever had any other formal training in
11    the area of property management?
12         A    No.
13         Q    And can you estimate how many classes in the
14    area of property management you have taken related to
15    the obtaining or retaining your broker's license?
16         A    The whole -- all of this time that I've had my
17    broker's license?
18         Q    Right.  How many property management classes
19    have you had?
20         A    I can't recall.  I don't even remember what
21    year I got my broker's license, so.  I couldn't tell
22    you.
23         Q    Did you ever do any property management before
24    you started working for Nijjar Realty?
25         A    No.
```

Page 90

```
 1        Q    Do you have regular meetings with any
 2   management staff in this area, in your corporate office,
 3   like, scheduled meetings?
 4        A    I do.
 5        Q    Okay.  How often?
 6        A    With the area supervisors, it's almost weekly.
 7        Q    How often do you meet with the on-site
 8   managers in this region?
 9        A    Rarely.
10        Q    When you were at the property for any of the
11   inspections that you did, to your knowledge, was anybody
12   taking notes?
13        A    I don't remember.
14        Q    And when you were at the property for any of
15   the inspections that you did, to your knowledge, was
16   anyone taking photographs?
17        A    I don't recall.
18        Q    Did you take any photographs?
19        A    No.
20        Q    Did you take any notes?
21        A    No.
22        Q    Other than the manager reference material and
23   your employee handbook, is there any other training
24   materials that have been developed in the past year for
25   your managers?
```

Page 94

```
 1        A    I don't think so.
 2        Q    Have there been any changes to your policies
 3   and procedures for response to maintenance requests in
 4   the past year?
 5        A    No.
 6        Q    Have there been any changes to your policies
 7   and procedures for services of notices in the past year?
 8        A    No.
 9        Q    Have you ever done a performance evaluation of
10   either the manager or the area supervisor for this
11   property?
12        A    No.
13        Q    Does Pama do performance evaluations of
14   managers?
15        A    Sometimes.
16        Q    Who's responsible for doing those?
17        A    Sherri Wilson.
18        Q    And what about performance evaluations of area
19   supervisors?  Does Pama do that?
20        A    Yes.
21        Q    Who does those?
22        A    Sherri Wilson.
23        Q    Do you give Sherri Wilson any input into those
24   performance evaluations?
25        A    On the supervisors.
```

Page 95

```
 1       Q    So you do on the supervisors?
 2       A    I do.
 3            MS. SPENCER:  Okay.  I don't have any
 4  more questions.
 5            THE WITNESS:  Yay.
 6            MS. SPENCER:  We're all agreed.
 7            MS. CIMINELLI:  All right.
 8            MS. SPENCER:  Same stipulation as the
 9  last?
10            MS. CIMINELLI:  Same stip is good.
11            MS. SPENCER:  Excellent.
12            COURT REPORTER:  We are off the record at
13  3:00 p.m. and this concludes today's testimony given by
14  Daljit Kler.  The total number of media units used was
15  two and will be retained by Veritext Legal Solutions.
16
17            (Signature Reserved.)
18            (Whereupon, at 3:00 p.m., the proceeding
19            was concluded.)
20
21
22
23
24
25
```

Page 96

```
 1                    CERTIFICATE OF NOTARY PUBLIC

 2            I, ROLAND TETENBAUM, the officer before whom

 3    the foregoing proceedings were taken, do hereby certify

 4    that any witness(es) in the foregoing proceedings, prior

 5    to testifying, were duly sworn; that the proceedings

 6    were recorded by me and thereafter reduced to

 7    typewriting by a qualified transcriptionist; that said

 8    digital audio recording of said proceedings are a true

 9    and accurate record to the best of my knowledge, skills,

10    and ability; that I am neither counsel for, related to,

11    nor employed by any of the parties to the action in

12    which this was taken; and, further, that I am not a

13    relative or employee of any counsel or attorney employed

14    by the parties hereto, nor financially or otherwise

15    interested in the outcome of this action.

16

17

18                        [signature]

19

20                            ROLAND TETENBAUM

21                     Notary Public in and for the

22                          State of California

23

24    [X] Review of the transcript was requested.

25
```

Page 98

```
 1              CERTIFICATE OF TRANSCRIBER
 2              I, KANDEE WALTERS, do hereby certify that this
 3    transcript was prepared from the digital audio recording
 4    of the foregoing proceeding, that said transcript is a
 5    true and accurate record of the proceedings to the best
 6    of my knowledge, skills, and ability; that I am neither
 7    counsel for, related to, nor employed by any of the
 8    parties to the action in which this was taken; and,
 9    further, that I am not a relative or employee of any
10    counsel or attorney employed by the parties hereto, nor
11    financially or otherwise interested in the outcome of
12    this action.
13
14
15
16
17    _____
18                KANDEE WALTERS
19
20
21
22
23
24
25
```

Page 99

Personal Court Reporters, A Veritext Company
818-988-1900