# EXHIBIT 2



**Matthew Dahl <mdahl@brancart.com>**

## Beasley - SERVICE

**Matthew Dahl** <mdahl@brancart.com>                                        Wed, Jan 26, 2022 at 4:20 PM
Reply-To: mdahl@brancart.com
To: Wayne Leech <wayne@leechlaw.com>
Cc: Christopher Brancart <cbrancart@brancart.com>

Agreed. The new deadline will be February 25, 2022 by my math.

Please send us dates for the depositions.

Thanks,
Matt

On Wed, Jan 26, 2022 at 3:53 PM Wayne Leech <wayne@leechlaw.com> wrote:

> Christopher:
>
>
> I am in trial (remote) in Department O in Pomona Superior Court  - since last week.
>
> May I get a 30 day extension of time to respond to the written discovery?
>
>
> Also we will need to reschedule the two depositions.
>
>
> Thank you for your consideration of this request.
>
>
> D. Wayne Leech, Esq.
>
> Law Office of D. Wayne Leech a Professional Corporation
>
> 11001 Main Street, Suite 200
>
> El Monte, CA 91731
>
> Tele: 626-443-0061
>
> Cell: 626-627-7854
>
> Fax: 626-443-1165
>
> Email: wayne@leechlaw.com
>
>
>
>
> Sent from Mail for Windows

**From:** Christopher Brancart
**Sent:** Monday, December 27, 2021 5:02 PM
**To:** Wayne Leech
**Cc:** Matthew Dahl
**Subject:** Beasley - SERVICE


Wayne,


This email serves the attached discovery; please email if you have any questions.


Thank you.


--

Christopher Brancart
Brancart & Brancart
(650) 879-0141 (voice)
(650) 879-1103 (fax)

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please call me.  Thank you.


--
Matthew Dahl
Fair Housing Fellow
Brancart & Brancart
mdahl@brancart.com
Phone: 650-879-0141
Direct: 650-879-1185
Fax: 650-879-1103

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please call me.  Thank you.