# EXHIBIT 3

**BRANCART & BRANCART**
ATTORNEYS AT LAW

| | | |
|---|---|---|
| *Christopher Brancart* | P. O. BOX 686 | *Telephone (650) 879-0141* |
| *Elizabeth Brancart* | PESCADERO, CA 94060 | *Facsimile  (650) 879-1103* |
| *Liza Cristol-Deman* | | *www.brancart.com* |

<u>Street Address</u>
8205 Pescadero Road
Loma Mar, California 94021

February 16, 2022

*Via Email*

Wayne Leech
Law Office of D. Wayne Leech
11001 Main Street, Suite 200
El Monte, CA 91731
Tel: 626-443-0061
Fax: 626-443-1165
wayne@leechlaw.com

    Re:    **<u>Deposition Dates</u>**

Dear Wayne:

    On December 27, 2021, plaintiffs noticed depositions for defendant Swaranjit (Mike) Nijjar on Thursday, February 3 and for defendant Elisa Valerio on Friday, February 4. A copy of that notice is attached to this letter for reference.

    On January 26, 2022, you informed us via email that the depositions would need to be rescheduled. The same day, we agreed, but requested that you send us new dates.

    By this letter, plaintiffs respectfully renew that request, so that we can reschedule the depositions for a mutually convenient time.

    Thank you.

                                            */s/ Christopher Brancart*
                                              cbrancart@brancart.com

Enclosures

BRANCART & BRANCART
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., AND JAMES BEASLEY<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, AND ELISA VALERIO,<br><br>Defendants. | Case No.: 5:21-cv-00941-JGB-KKx<br><br>**PLAINTIFFS' FIRST NOTICE OF DEPOSITIONS; REQUEST FOR PRODUCTION; REQUEST FOR SUPPLEMENTATION** |

## I. Notices of Depositions

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, plaintiffs will conduct the following depositions via remote audio-video transmission, recorded stenographically and by audio recording[1]:

---

[1] **NOTICE: These dates have not been cleared by defendants; accordingly, they are subject to change based on the availability of deponents and counsel.**

| No. | Deponent | Location | Date and Time |
|---|---|---|---|
| 01 | Swaranjit (Mike) Nijjar | Via audio-visual conference: A link to access will be provided prior to the deposition | Thursday, 02/03/2022, at 9:30am (PT) |
| 02 | Elisa Valerio | Via audio-visual conference: A link to access will be provided prior to the deposition | Friday, 02/04/2022, at 9:30am (PT) |

## II. Request for Production

Pursuant to Fed. R. Evid. 612, please produce prior to each deposition a complete copy of any writing used or viewed by each deponent between the date of service of this notice and the date of the deponent's deposition that refreshed the deponent's recollection.

## III. Request for Supplementation

Pursuant to Fed. R. Civ. P. 26(e), please supplement each defendant's disclosures and responses to plaintiffs' discovery requests before each deposition.

\* \* \*

Dated: December 27, 2021.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on December 27, 2021, I served by email a copy of the attached document – **PLAINTIFF'S FIRST NOTICE OF DEPOSITIONS; REQUEST FOR PRODUCTION; REQUEST FOR SUPPLEMENTATION** – on the following attorneys:

Wayne Leech
LAW OFFICE OF D. WAYNE LEECH, A PROFESSIONAL CORPORATION
11001 Main Street, Suite 200
El Monte, CA 91731
wayne@leechlaw.com

[For Defendants]

*/s/ Christopher Brancart*



Matthew Dahl <mdahl@brancart.com>

## Beasley -- Depositions

**Matthew Dahl** <mdahl@brancart.com>  Wed, Feb 16, 2022 at 12:43 PM
Reply-To: mdahl@brancart.com
To: Wayne Leech <wayne@leechlaw.com>
Cc: Christopher Brancart <cbrancart@brancart.com>

Hi Wayne,

Please see the attached letter.

Thanks,

--
Matthew Dahl
Fair Housing Fellow
Brancart & Brancart
mdahl@brancart.com
Phone: 650-879-0141
Direct: 650-879-1185
Fax: 650-879-1103

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please call me.  Thank you.

 **LT DC re depo dates (sent).pdf**
122K