**EXHIBIT 4**

BRANCART & BRANCART
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., AND JAMES BEASLEY<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, AND ELISA VALERIO,<br><br>Defendants. | Case No.: 5:21-cv-00941-JGB-KKx<br><br>**PLAINTIFFS' SECOND NOTICE OF DEPOSITIONS; REQUEST FOR PRODUCTION; REQUEST FOR SUPPLEMENTATION** |

## I. Notices of Depositions

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, plaintiffs will conduct the following depositions via remote audio-video transmission, recorded stenographically and by audio recording[1]:

---

[1] *NOTICE: These dates have not been cleared by defendants; accordingly, they are subject to change based on the availability of deponents and counsel.*

| No. | Deponent | Location | Date and Time |
|---|---|---|---|
| 01 | Swaranjit (Mike) Nijjar | Via audio-visual conference: A link to access will be provided prior to the deposition | Wednesday, 06/22/2022, at 9:00am (PT) |
| 02 | Daljit Kler | Via audio-visual conference: A link to access will be provided prior to the deposition | Wednesday, 06/22/2022, at 2:30pm (PT) |
| 03 | Elisa Valerio | Via audio-visual conference: A link to access will be provided prior to the deposition | Thursday, 06/23/2022, at 9:30am (PT) |
| 04 | DHA Opportunity 1, LP [*Please see Fed. R. Civ. P. 30(b)(6) notice served herewith*] | Via audio-visual conference: A link to access will be provided prior to the deposition | Friday, 07/15/2022, at 9:30am (PT) |

## II.   Request for Production

Pursuant to Fed. R. Evid. 612, please produce prior to each deposition a complete copy of any writing used or viewed by each deponent between the date of service of this notice and the date of the deponent's deposition that refreshed the deponent's recollection.

## III.   Request for Supplementation

Pursuant to Fed. R. Civ. P. 26(e), please supplement defendants' disclosures and responses to plaintiffs' discovery requests before each deposition.

\* \* \*

Dated:  June 9, 2022.

                BRANCART & BRANCART

                */s/ Christopher Brancart*
                Christopher Brancart

                Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on June 9, 2022 served by email a copy of the attached document – **PLAINTIFFS' SECOND NOTICE OF DEPOSITIONS; REQUEST FOR PRODUCTION; REQUEST FOR SUPPLEMENTATION**– on the following attorneys:

Wayne Leech
LAW OFFICE OF D. WAYNE LEECH, A PROFESSIONAL CORPORATION
11001 Main Street, Suite 200
El Monte, CA 91731
wayne@leechlaw.com

[For Defendants]

*/s/ Christopher Brancart*