**EXHIBIT 5**



Christopher Brancart <cbrancart@brancart.com>

# FHCRC & Beasley v Group XIII, etc. - SERVICE
6 messages

**Christopher Brancart** <cbrancart@brancart.com>  Thu, Jun 9, 2022 at 3:48 PM
To: Wayne Leech <wayne@leechlaw.com>

Please find attached plaintiffs' second notice of deposition and notice of Rule 30b6 deposition.

--
Christopher Brancart
Brancart & Brancart
(650) 879-0141 (voice)
(650) 879-1103 (fax)

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please call me.  Thank you.

**2 attachments**

 **02 Notice of depos (SERVED).pdf**
74K

 **PMK depo notice (SERVED).pdf**
77K

**Wayne Leech** <wayne@leechlaw.com>  Mon, Jun 20, 2022 at 2:37 PM
To: Christopher Brancart <cbrancart@brancart.com>

Christopher:

I am not available on June 22 or June 23, 2022 for the depositions of Mike Nijjar, D J Kler or Elias Valeria.

Please provide me with alternative dates that you are available so I can coordinate available dates for my calendar and the deponents' calendars.

Thank you.

D. Wayne Leech, Esq.

Law Office of D. Wayne Leech a Professional Corporation

11001 Main Street, Suite 200

El Monte, CA 91731

Tele: 626-443-0061

Cell: 626-627-7854

Fax: 626-443-1165

Email: wayne@leechlaw.com

[Quoted text hidden]

**Wayne Leech** <wayne@leechlaw.com>                                            Mon, Jun 20, 2022 at 3:44 PM
To: Christopher Brancart <cbrancart@brancart.com>

Christopher:

Following up on my prior email, please find attached hereto a formal objection to the Notice of Deposition.

Please provide alternative dates for the depositions so we can schedule them on dates that are available for counsel and the parties.

Thanks.

D. Wayne Leech, Esq.

Law Office of D. Wayne Leech a Professional Corporation

11001 Main Street, Suite 200

El Monte, CA 91731

Tele: 626-443-0061

Cell: 626-627-7854

Fax: 626-443-1165

Email: wayne@leechlaw.com

**From:** Christopher Brancart <cbrancart@brancart.com>
**Sent:** Thursday, June 9, 2022 3:49 PM
**To:** Wayne Leech <wayne@leechlaw.com>
**Subject:** FHCRC & Beasley v Group XIII, etc. - SERVICE

Please find attached plaintiffs' second notice of deposition and notice of Rule 30b6 deposition.

[Quoted text hidden]

 **Objections to individual defendant depositions set for 6-22 and 6-23.pdf**
122K

---

**Christopher Brancart** <cbrancart@brancart.com>                              Tue, Jun 21, 2022 at 9:49 AM
To: Wayne Leech <wayne@leechlaw.com>, Matthew Dahl <mdahl@brancart.com>

Wayne,

Wayne,

I just returned from travel and saw your email.

Message recd:

- I will followup with proposed dates; and,
- Based on your email, these depositions - noticed for June 22 or June 23, 2022 - are off calendar.

[Quoted text hidden]

---

**Christopher Brancart** <cbrancart@brancart.com>      Tue, Jun 21, 2022 at 9:49 AM
To: Wayne Leech <wayne@leechlaw.com>, Matthew Dahl <mdahl@brancart.com>

Understood: Pls see my prior email.
[Quoted text hidden]

---

**Christopher Brancart** <cbrancart@brancart.com>      Tue, Jun 21, 2022 at 9:51 AM
To: Matthew Dahl <mdahl@brancart.com>

save this stuff to deposition and LF DC

---------- Forwarded message ---------
From: **Christopher Brancart** <cbrancart@brancart.com>
Date: Thu, Jun 9, 2022 at 3:48 PM
Subject: FHCRC & Beasley v Group XIII, etc. - SERVICE
To: Wayne Leech <wayne@leechlaw.com>

[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

 **02 Notice of depos (SERVED).pdf**
74K

 **PMK depo notice (SERVED).pdf**
77K