# EXHIBIT 6

```
1   BRANCART & BRANCART
    Christopher Brancart (SBN 128475)
2   cbrancart@brancart.com
    P.O. Box 686
3   Pescadero, CA 94060
    Tel:   (650) 879-0141
4   Fax:   (650) 879-1103
5
    Attorneys for Plaintiffs
6
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., AND JAMES BEASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, AND ELISA VALERIO,<br><br>Defendants. | Case No.: 5:21-cv-00941-JGB-KKx<br><br>**PLAINTIFFS' THIRD NOTICE OF DEPOSITIONS; REQUEST FOR PRODUCTION; REQUEST FOR SUPPLEMENTATION** |

### I. Notices of Depositions

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, plaintiffs will conduct the following depositions via remote audio-video transmission, recorded stenographically and by audio recording:

| *No.* | *Deponent* | *Location* | *Date and Time* |
|---|---|---|---|
| 01 | Swaranjit (Mike) Nijjar | Via audio-visual conference: A link to access will be provided prior to the deposition | Monday, 01/09/2023, at 9:00am (PT) |

-1-

| No. | Deponent | Location | Date and Time |
|---|---|---|---|
| 02 | Daljit Kler | Via audio-visual conference: A link to access will be provided prior to the deposition | Monday, 01/09/2023, at 1:00pm (PT) |
| 03 | Elisa Valerio | Via audio-visual conference: A link to access will be provided prior to the deposition | Tuesday, 01/10/2023, at 9:00am (PT) |
| 04 | DHA Opportunity 1, LP<br><br>[*Please see Fed. R. Civ. P. 30(b)(6) previously served re topics*] | Via audio-visual conference: A link to access will be provided prior to the deposition | Tuesday, 01/10/2023, at 2:30pm (PT) |
| 05 | ProManagement, Inc.<br><br>[*Please see subpoena under separate cover*] | Via audio-visual conference: A link to access will be provided prior to the deposition | Wednesday, 01/11/2023, at 1:00pm (PT) |

## II. Request for Production

Pursuant to Fed. R. Evid. 612, please produce prior to each deposition a complete copy of any writing used or viewed by each deponent between the date of service of this notice and the date of the deponent's deposition that refreshed the deponent's recollection.

## III. Request for Supplementation

Pursuant to Fed. R. Civ. P. 26(e), please supplement defendants' disclosures

///

///

///

-2-

1 and responses to plaintiffs' discovery requests before each deposition.

* * *

Dated: November 22, 2022.

              BRANCART & BRANCART

              */s/ Christopher Brancart*
              Christopher Brancart

              Attorneys for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on November 22, 2022 served by email a copy of the attached document – **PLAINTIFFS' THIRD NOTICE OF DEPOSITIONS; REQUEST FOR PRODUCTION; REQUEST FOR SUPPLEMENTATION** – on the following attorneys: |

Wayne Leech
LAW OFFICE OF D. WAYNE LEECH, A PROFESSIONAL CORPORATION
11001 Main Street, Suite 200
El Monte, CA 91731
wayne@leechlaw.com

[For Defendants]

*/s/ Christopher Brancart*



**Christopher Brancart <cbrancart@brancart.com>**

## Beasley - SERVICE

**Christopher Brancart** <cbrancart@brancart.com>  Tue, Nov 22, 2022 at 7:15 PM
To: Wayne Leech <wayne@leechlaw.com>
Cc: Heather Collins <hcollins@brancart.com>

Please see attached notices; thank you

--
Christopher Brancart
Brancart & Brancart
(650) 879-0141 (voice)
(650) 879-1103 (fax)

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please call me. Thank you.

📄 **03 Notice of depos (served).pdf**
70K