BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  *cbrancart@brancart.com*
  Elizabeth Brancart (SBN 122092)
  *ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC.,** and **JAMES BEASLEY,** <br><br> Plaintiffs, <br><br> vs. <br><br> **GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC.,** and **DALJIT KLER** <br><br> Defendants. | Case 5:21-cv-00941-JGB-KK <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS NIJJAR AND KLER'S MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing: <br> Date: April 17, 2023 <br> Time: 9:00 a.m. <br> Ctrm: Riverside, Courtroom 1 <br><br> Judge: Jesus G. Bernal |

## I. REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, plaintiffs respectfully request that the Court take judicial notice of materials submitted in support of plaintiffs' opposition to defendants Nijjar and Kler's motion for summary judgment.

## II. ARGUMENT

Federal Rule of Evidence 201 provides that a court may take judicial notice of a fact "not subject to reasonable dispute [and] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be

questioned." Fed. R. Evid. 201(b)(2). A court may take judicial notice of such facts "at any stage of the proceeding." Fed. R. Evid. 201(f); *see Hunt v. Check Recovery Sys.*, 478 F. Supp. 2d 1157, 1160-61 (N.D. Cal. 2007) (taking judicial notice on a motion for summary judgment).

### A. Public records on government websites

First, a court may take judicial notice of matters of public record. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir.2006) (citing *Burbank–Glendale–Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir.1998)). Additionally, a court "can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." *Gerristen v. Warner Bros. Ent. Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015)*; see also Michery v. Ford Motor Co.*, 650 Fed. App'x 338, 342 n.2 (9th Cir. 2016) (granting a request for judicial notice of the existence of documents available on a government website). Concurrently herewith, plaintiffs have submitted an Exhibit Compendium containing public records maintained on government websites that were located and downloaded by plaintiffs' counsel and staff as described in the Declaration of Elizabeth Brancart.

Plaintiffs request that the Court take judicial notice of documents obtained from:

1. The Public License Lookup page of the State of California Department of Real Estate website, *https://www2.dre.ca.gov/PublicASP/pplinfo.asp*:
   Compendium Exhibits — 7, 27, 51, 54, 57, 60, 63, 72, 73, 74

2. The Business Search page of the State of California Secretary of State website, *https://bizfileonline.sos.ca.gov/search/business*:
   Compendium Exhibits — 21, 28, 47, 50, 53, 56, 59, 65, 67, 68, 76, 77

//
//

1. 3. The business entity lookup page on the website maintained by the Nevada Secretary of State, *https://www.nvsilverflume.gov*.

    Compendium Exhibits — 8, 46, 49, 52, 55, 58, 61, and 64

4. The official record search page of thee website maintained by the Office of the Assessor-County Clerk-Recorder of the County of Riverside, *https://webselfservice.riversideacr.com*:

    Compendium Exhibits — 12, 13, 15, 16, 17, 18, and 66

5. The official record search page of the website maintained by the Office of the Assessor-Recorder-Clerk of the County of San Bernardino:

    Compendium Exhibits — 14, 20, 39 and 40.

6. The website maintained by the U.S. Department of Housing and Urban Development, *http://archives.hud.gov/news/2019.cfm*:

    Compendium Exhibit — 44

**B.  Court Records**

A court may take judicial notice of "documents on file in federal or state court." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012). The Court should therefore take judicial notice of the following records that were located and downloaded by plaintiffs' counsel and staff from the document retrieval webpages maintained by California Superior Courts as described in the Declaration of Elizabeth Brancart.

Plaintiffs request that the Court take judicial notice of documents obtained from:

1. The Los Angeles Superior Court, namely:

    Compendium Exhibit 33 — Declaration of Sherri Wilson filed in the L.A. Superior Court in the case *Kelley v. Pama Management, Inc. et al*, No. 21STCV08389

    Compendium Exhibit 41 — Declaration of LAPD Senior Lead Officer Carol Sawamura submitted in *State v. Group IX BP*

|   |   |
|---|---|
| 1 | *Properties, LP*, LA Superior Court No. 22STCV05624 |
| 2 | Compendium Exhibit 42 — Order re Motion for Preliminary |
| 3 | Injunction in *State v. Group IX BP Properties, LP*, LA Superior Court |
| 4 | No. 22STCV05624 |
| 5 | Compendium Exhibit 79 — Complaint for Damages for Common |
| 6 | Counts in *Bouzane v. Nijjar, et al.*, LA Superior Court No. |
| 7 | 22STCV38447 |

2. The Riverside Superior Court, namely:

    Compendium Exhibit 36 — Complaint filed in *Lamkin et al. v. Group III SGV Properties and Group III Properties LP*, No. MCC1700449

3. The San Bernardino Superior Court, namely:

    Compendium Exhibit 37 — Action for Damages in *Cluck et al. v. IE Rentals, LLC and Pama Management, Inc.*, No. 19CIVDS 1924730

    Compendium Exhibit 38 — Complaint in *Brown v. Starlite Mgmt - VI, LP, Pama Management, Inc. and IE Rental Homes*, No. 19CIVDS 1924481

4. The United States District Court for the Central District of California:

    Compendium Exhibit 78 — Complaint in *Lopez v. Pama Management, Inc.*, No. 2:16-CV-9390-ODW-JCx

**C.**    **Other Public Records**

Plaintiffs request that the Court take judicial notice of public records obtained from government agencies:

    Compendium Exhibit 8 — Certified copies from the Nevada Secretary of State re Pro Management Company Inc.

    Compendium Exhibit 45 — *In the matter of the Accusation of: Nijjar Realty Inc, etc. et al.*, California Department of Real Estate Decision in case No. H-41000 LA, OAH No. 2018050393

\* \* \*

1 | The Court should therefore take judicial notice of these documents as they
2 | are readily ascertainable, widely disseminated, and verifiable.
3 | Dated: March 26, 2023.

BRANCART & BRANCART

*/s/ Elizabeth Brancart*
Elizabeth Brancart

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on March 26, 2023, I served by email via ECF a copy of the attached document – **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS NIJJAR AND KLER'S MOTION FOR SUMMARY JUDGMENT** – on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*jdavidson@larsonllp.com*

/s/Elizabeth Brancart