Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Jerry A. Behnke (SBN 180462)
jbehnke@larsonllp.com
Andrew Beshai (SBN 308030)
abeshai@larsonllp.com
Jane Davidson (SBN 326547)
jdavidson@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants SWARANJIT
(MIKE) NIJJAR and DALJIT KLER

Wayne Leech (SBN 97676)
wayne@leechlaw.com
LAW OFFICE OF D. WAYNE LEECH, APC
11001 Main Street, Suite 200
El Monte, California 91731
Telephone:  (66) 443-0061
Fax:  (626) 443-1165

Attorneys for Defendants SWARANJIT
(MIKE) NIJJAR and DALJIT KLER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GROUP XIII PROPERTIES L.P., et al., <br><br> Defendants. | Case No. 5:21-cv-00941 JGB (KKx) <br><br> **DEFENDANTS SWARANJIT (MIKE) NIJJAR AND DALJIT KLER'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS' COMPENDIUM OF EXHIBITS AND DECLARATIONS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> [*Filed concurrently with Reply ISO Summary Judgment; Response to Plaintiffs' Additional Material Facts; Opposition to Plaintiffs' RJN*] <br><br> Date:          April 17, 2023 <br> Time:          9:00 a.m. <br> Crtrm.:        Riverside, Courtroom 1 <br> Judge:         Jesus G. Bernal <br> Trial Date: September 19, 2023 |

Defendants Swaranjit (Mike) Nijjar and Daljit Kler hereby submit the following Evidentiary Objections Plaintiffs' Compendium of Exhibits 1-79 in Support of Opposition to Defendants' Motion for Summary Judgment.

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| 1. | Daljit Kler Responses to Plaintiff's Request for Admission (Nos. 1-49) | |
| 2. | Swaranjit (Mike) Nijjar Responses to Plaintiff's Request for Admission (Nos. 39-55) | |
| 3. | Excerpts of the Deposition of Swaranjit Nijjar taken on April 5, 2011, in *Charles v. Mountain View Mobile Home Estates*, SB No. CIVDS 1004144 | Relevance. F.R.E. 401. *See Nichia Am. Corp. v. Seoul Semiconductor Co.,* No. CV 07-8354 PA (CWX), 2008 WL 11342571, at *7 (C.D. Cal. Oct. 7, 2008) (declining to consider irrelevant evidence in summary judgment analysis). Neither Pro Management, Valerio's employer, nor the subject property are at issue in this case or mentioned in this exhibit from an unrelated matter regarding habitability. |
| 4. | Excerpts of the Deposition of | Error in citation – case name is |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | Swaranjit Nijjar taken on May 24, 2019 in *Charles v. Mountain View Mobile Home Estates*, San Bernardino CIVDS1706045 | *Reina v. Group XIII Properties.* Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Neither Pro Management, Valerio's employer, nor the subject property are at issue in this case or mentioned in this exhibit from an unrelated matter regarding habitability. |
| 5. | Excerpts of the Deposition of Everet Miller taken on October 11, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | Hearsay. F.R.E. 801-802. *Orr v. Bank of Am., NT & SA,* 285 F.3d 764, 779 (9th Cir. 2002) (declining to consider hearsay statement in a deposition attached as an exhibit to a summary judgment motion.) Deposition testimony from an unrelated habitability action is not admissible for the truth of the matter asserted. Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | 11342571, at *7. Neither Pro Management, Valerio's employer, nor the subject property are at issue in this case or mentioned in this exhibit. This case was a habitability matter with no claims similar to this matter. |
| 6. | Exhibit E to the Deposition of Everet Miller taken on October 11, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | Hearsay. F.R.E. 801-802. *Orr v. Bank of Am., NT & SA,* 285 F.3d 764, 779 (9th Cir. 2002). Miller's statements regarding his understanding are based on hearsay. Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Neither Pro Management, Valerio's employer, nor the subject property are at issue in this case or mentioned in this exhibit. |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | This case was a habitability matter with no claims similar to this matter. |
| 7. | State of California Department of Real Estate Public License Lookup webpage for Nijjar Realty Inc. and Pama Management, Inc. | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. These entities are not at issue in this case. |
| 8. | Certified copies of filings by Pro Management Company Inc. with the Nevada Secretary of State | |
| 9. | Excerpt of the Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Sup. Court No. CIVDS1802102 | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. None of Kler's duties described in this testimony involve supervision of Pro Management employees or Valerio. |
| 10. | Group XIII Properties LP limited partnership agreement produced by defendants in discovery | Hearsay. F.R.E. 801-802. *Canada v. Blain's Helicopters, Inc.,* 831 F. 2d 920, 925 (9th Cir. 1987) (courts may not consider |

LARSON
LOS ANGELES

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | unauthenticated documents on summary judgment) |
| 11. | DHA Opportunity 1 LP limited partnership agreement produced by defendants in discovery | Hearsay. F.R.E. 801-802. *Canada,* 831 F. 2d at 925. (courts may not consider unauthenticated documents on summary judgment) |
| 12. | Grant deed dated January 2, 2019, transferring title of the real property at 675 S. San Jacinto Street, in Hemet APN 447-173- 020-8 from Group XIII Properties, LP to DHA Opportunity 1, LP. | |
| 13. | Grant deed dated May 21, 2021, transferring title of the real property at 675 S. San Jacinto Street, in Hemet APN 447-173-020- 8 from Group XIII Properties, LP to DHA Opportunity 1, LP. | |
| 14. | Grant deed dated August 16, 2016, transferring title of the real property at 1250 North "F" Street in San Bernardino APN 0150- 342-35-000 | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
| --- | --- | --- |
| | from Group XIII Properties, LP to DHA Opportunity 1, LP. The grant deed was recorded by the County of San Bernardino | This property is not the property at issue in this case. |
| 15. | Grant deed dated October 13, 2017, transferring title of the real property at 421 N. San Jacinto Street, in Hemet APN 445-103- 009-8 from Group XIII Properties, LP to DHA Opportunity 1, LP. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This property is not the property at issue in this case. |
| 16. | Grant deed dated July 10, 2015, transferring title of the real property at 24864 Eucalyptus Avenue in Moreno Valley APN 481- 210-030-1 from Group XIII Properties, LP to DHA Opportunity 1, LP. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This property is not the property at issue in this case. |
| 17. | Deed of trust recorded by the Riverside County Recorder on July 31, 2015 (Doc. 2015-0342271) with respect to the real property at 24864 Eucalyptus Avenue in Moreno Valley APN 481-210-030-1 | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This property is not the property at issue in this case. |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| 18. | Grant deed dated April 15, 2019, transferring title of the real property 380 E. Nicolet in Banning APN 541-103-031 from Group XIII Properties, LP to DHA Opportunity 1, LP. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This property is not the property at issue in this case. |
| 19. | Deed of trust recorded by the Riverside County Recorder on May 10, 2019 (Doc. 2019-0 0164109) with respect to the real property 380 E. Nicolet in Banning APN 541-103-031 | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This property is not the property at issue in this case. |
| 20. | Grant deed dated August 21, 2019, transferring title of the real property at 1927 Eagle Mountain Road in San Bernardino from Golden Opportunity No. 17 LP to DHA Opportunity 1, LP. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This property is not the property at issue in this case. |
| 21. | Amendment to Certificate of Limited Partnership filed by Golden Opportunity No. 17 LP with the California Secretary of State on June 29, 2018, along with related documents | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This entity is not at issue in this case. |
| 22. | Exhibit 4 to Deposition of Daljit Kler | Relevance. F.R.E. 401. *See* |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | *Nichia Am. Corp.* 2008 WL 11342571, at *7. From an unrelated habitability action regarding entities not at issue in this case. |
| 23. | Exhibit 5 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | Relevance. F.R.E. 401. *See Nichia Am. Corp.* 2008 WL 11342571, at *7. From an unrelated habitability action regarding entities not at issue in this case. |
| 24. | Exhibit 6 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | Relevance. F.R.E. 401. *See Nichia Am. Corp.* 2008 WL 11342571, at *7. From an unrelated habitability action regarding entities not at issue in this case. |
| 25. | Exhibit 7 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | Relevance. F.R.E. 401. *See Nichia Am. Corp.* 2008 WL 11342571, at *7. From an unrelated habitability action regarding entities not at issue in this case. |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| 26. | Exhibit 8 to Deposition of Daljit Kler taken on November 16, 2018 in *Jones v. Group XIV BP Properties, LP*, San Bernardino Superior Court No. CIVDS1802102 | Relevance. F.R.E. 401.  *See Nichia Am. Corp.* 2008 WL 11342571, at *7. From an unrelated habitability action regarding entities not at issue in this case. |
| 27. | California Department of Real Estate license information regarding Pro Management Company XIV, Inc. | |
| 28. | Pro Management Company Inc.'s Statement and Designation by Foreign Corporation filed with the Secretary of State of California on May 28, 2018 and Statements of Information filed 2022-21 | |
| 29. | 2020 Property Management Agreement between DHA Opportunity 1 LP and Pro Management Inc. | Hearsay. F.R.E. 801-802. *Canada,* 831 F. 2d at 925. (courts may not consider unauthenticated documents on summary judgment) |
| 30. | Management Liability Coverage Binder for Pama Management Inc. | |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| 31. | Documents from Elisa Valerio's employment file | Hearsay. F.R.E. 801-802. *Canada,* 831 F. 2d at 925. (courts may not consider unauthenticated documents on summary judgment) |
| 32. | Residential Apartment Manager Employment Agreement between Pro Management and Elisa Valerio | Hearsay. F.R.E. 801-802. *Canada,* 831 F. 2d at 925. |
| 33. | Declaration of Sherri Wilson filed in the L.A. Superior Court in the case *Kelley v. Pama Management, Inc. et al.,* No. 21STCV08389 | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This declaration in support of a Motion to Compel arbitration in an unrelated wage and hour matter does not include any facts relevant to the individuals or entities relevant to this matter. |
| 34. | Deposition of Swaranjit Nijjar taken on December 12, 2012 *in Jimenez v. Nijjar Realty, Inc. dba Pama Management Co,.Group XIII Properties LP,* Riverside County | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | Superior Court Case No. RIC 1116447 | |
| 35. | Printout of Lexis/Nexis Accurint database search results seeking all business entities with the address 4900 Santa Anita Avenue, El Monte, CA 91731, # 2B or #2C | Relevance. F.R.E. 401. *See Nichia Am. Corp.* 2008 WL 11342571, at *7. Hearsay. F.R.E. 801-802. *Canada,* 831 F. 2d at 925. |
| 36. | Complaint filed in Riverside Superior Court in the case *Lamkin et al. v. Group III SGV Properties and Group III Properties LP*, No. MCC1700449 | Relevance. F.R.E. 401. *See Nichia Am. Corp.* 2008 WL 11342571, at *7. This is a habitability matter against companies not at issue in this case with no relevance to the claims at issue. Hearsay. F.R.E. 801-802. *Lee v. City of Los Angeles*, 250 F. 3d 668, 688-89 (9th Cir. 2001) (noting contents of documents cannot be judicially noticed for their truth) Allegations made in a complaint are not admissible for the truth of the matter asserted. |

LARSON
LOS ANGELES

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | Prejudicial. F.R.E. 403. Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits involving entities that are not involved in this case. |
| 37. | Action for Damages filed in San Bernardino Superior Court in the case *Cluck et al. v. IE Rentals, LLC* and *Pama Management, Inc.*, No. 19CIVDS 1924730 | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This is a habitability matter against companies not at issue in this case with no relevance to the claims at issue. Hearsay. F.R.E. 801-802. *Lee*, 250 F. 3d at 688-89. Allegations made in a complaint are not admissible for the truth of the matter asserted. Prejudicial. F.R.E. 403. Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits |

LARSON
LOS ANGELES

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | involving entities that are not involved in this case. |
| 38. | Complaint filed in San Bernardino Superior Court in the *case Brown v. Starlite Mgmt - VI, LP, Pama Management, Inc. and IE Rental Homes*, No. 19CIVDS 1924481 | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at \*7. This is a habitability matter against companies not at issue in this case with no relevance to the claims at issue. Hearsay. F.R.E. 801-802. *Lee*, 250 F. 3d at 688-89. Allegations made in a complaint are not admissible for the truth of the matter asserted. Prejudicial. F.R.E. 403. Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits involving entities that are not involved in this case. |
| 39. | Notice of Lien recorded by the San Bernardino County Recorder on September 7, 2022 on property owned | Relevance. F.R.E. 401. *See Nichia Am. Corp.* 2008 WL 11342571, at \*7. |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | by DHA Opportunity 1 LP | Nuisance abatement is unrelated to the claims in this case.<br><br>Prejudicial. F.R.E. 403.<br><br>Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits involving entities that are not involved in this case. |
| 40. | Notice of Lien – Fire Hazard Abatement recorded by the San Bernardino County Recorder on October 13, 2022 on property owned by Group XIII Properties LP | Relevance. F.R.E. 401. *See Nichia Am. Corp.* 2008 WL 11342571, at *7.<br><br>Nuisance abatement is unrelated to the claims in this case.<br><br>Prejudicial. F.R.E. 403.<br><br>Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits involving entities that are not involved in this case. |
| 41. | Declaration of LAPD Senior Lead Officer Carol Sawamura submitted in *State v. Group IX BP Properties, LP*, | Hearsay. F.R.E. 801-802. *Orr*, 285 F. 3d at 779 (declining to consider hearsay statement in a |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | LA Superior Court No. 22STCV05624 | deposition attached as an exhibit to a summary judgment motion.) Declaration is based on hearsay "based on-site manager informed me" and "based on my communication with ownership and management representatives." Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Declaration is from an unrelated nuisance abatement action unrelated to the claims of this lawsuit or the subject property. Lack of Foundation. F.R.E. 901. Declaration does not lay the foundation for declarant's knowledge. "It is also my understanding that these same individuals control the company that owns the property." |

LARSON
LOS ANGELES

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| 42. | Order re Motion for Preliminary Injunction in *State v. Group IX BP Properties, LP*, LA Superior Court No. 22STCV05624 | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.  Order is from an unrelated nuisance abatement action. |
| 43. | HUD complaint filed by Inland Fair Housing and Mediation Board | Hearsay. F.R.E. 801-802.  *Lee*, 250 F. 3d at 688-89.  The underlying alleged facts of complaint is not evidence that could be testified to at trial and is inadmissible hearsay without supporting evidence.  Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.  The entities at issue are not the same as those named in this case.  Prejudicial. F.R.E. 403.  Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits |

LARSON
LOS ANGELES

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | involving entities that are not involved in this case. |
| 44. | HUD conciliation agreement between IFHMB and Pama Management, Inc., IE Rental Homes, Inc., Nijjar Realty, Inc. and properties in *Inland Fair Housing and Mediation Board v. Pama Management, Inc. et al.*, HUD Case No. 09-18-2663-8 | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. The entities at issue are not the same as those named in this case. |
| 45. | Decision of the Real Estate Commission of California in *In the matter of the Accusation of: Nijjar Realty Inc, etc. et al.*, California Department of Real Estate Decision in case No. H- 41000 LA, OAH No. 2018050393 | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Unrelated to the entities or individuals at issue in this case. |
| 46. | Printout from Nevada Secretary of State's website regarding Regency Management, Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Entity not at issue in this case. |
| 47. | Printout from California Secretary of State's website regarding Regency | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | Management, Inc. | Entity not at issue in this case. |
| 48. | Printout from California Department of Real Estate license information regarding Regency Management, Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Entity not at issue in this case. |
| 49. | Printout from Nevada Secretary of State's website regarding Equity Management, Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Entity not at issue in this case. |
| 50. | Printout from California Secretary of State's website regarding Equity Management, Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Entity not at issue in this case. |
| 51. | Printout from California Department of Real Estate license information regarding Equity Management, Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Entity not at issue in this case. |
| 52. | Printout from Nevada Secretary of State's website regarding Legacy Management Services, Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Entity not at issue in this case. |

LARSON
LOS ANGELES

DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' COMPENDIUM OF EXHIBITS

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| 53. | Printout from California Secretary of State's website regarding Legacy Management Services, Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 54. | Printout from California Department of Real Estate license information regarding Legacy Management Services Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 55. | Printout from Nevada Secretary of State's website regarding Hightower Management Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 56. | Printout from California Secretary of State's website regarding Hightower Management Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 57. | Printout from California Department of Real Estate license information regarding Hightower Management Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 58. | Printout from Nevada Secretary of State's website regarding Mobile | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | Management Services Inc. | 11342571, at *7.<br><br>Entity not at issue in this case. |
| 59. | Printout from California Secretary of State's website regarding Mobile Management Services Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 60. | California Department of Real Estate license information regarding Mobile Management Services Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 61. | Printout of from Nevada Secretary of State's website regarding Bridge Management Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 62. | Printout from California Secretary of State's website regarding Bridge Management Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 63. | Printout from California Department of Real Estate license information regarding Bridge Management Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| 64. | Printout of from Nevada Secretary of State's website regarding Golden Management Services, Inc. | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 65. | Printout from California Secretary of State's website regarding Bridge Management Inc. | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Entity not at issue in this case. |
| 66. | Grant deed information for the property located at 3533 Dwight Avenue in Riverside | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Property and entities not at issue in the case. |
| 67. | California Secretary of State's documents regarding Golden Opportunity 14 LP and Golden Opportunity 14 Inc. | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Property and entities not at issue in the case. |
| 68. | California Secretary of State documents regarding MLMZG 14 LP and MLMZG Inc. | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7.<br><br>Property and entities not at issue |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | in the case. |
| 69. | DHA Opportunity LPs Responses to Plaintiff's Request for Admission (Nos. 1-49) | |
| 70. | Plaintiffs' Request for Production of Documents, Set No. 1 and Plaintiffs' Request for Production of Documents to All Defendants, Set No. 3 re-served | |
| 71. | Defendants' Supplemental Response to Plaintiffs' Third Request for Production to Defendants, etc. served February 16, 2023 | |
| 72. | California Department of Real Estate license information regarding Scott Brown | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Scott Brown is not a defendant in this matter. |
| 73. | California Department of Real Estate license information regarding I E Rental Homes, Inc. | Relevance. F.R.E. 401. *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This entity is not at issue in this case. |

DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' COMPENDIUM OF EXHIBITS

LARSON
LOS ANGELES

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| 74. | California Department of Real Estate license information regarding Pama Management, Inc. | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This entity is not at issue in this case. |
| 75. | Excerpts of the Deposition of Daljit Kler taken on May 24, 2019 in *Reina v. Group XIII Properties LP*, San Bernardino CIVDS1706045 | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. Neither Pro Management, Valerio's employer, nor the subject property are at issue in this case or mentioned in this exhibit. |
| 76. | California Secretary of State information regarding Pama Management, Inc. | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This entity is not at issue in this case. |
| 77. | California Secretary of State information regarding I E Rental Homes, Inc. | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This entity is not at issue in this |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | case. |
| 78. | Complaint in *Lopez v. Pama Management, Inc*., U.S. District Court Case No. 2:16-CV-9390-ODW-JCx (C.D. Cal.) | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL 11342571, at *7. This is a reasonable accommodations matter unrelated to allegations of racial discrimination. Hearsay. F.R.E. 801-802. *Lee*, 250 F. 3d at 688-89 (noting contents of documents cannot be judicially noticed for their truth). Allegations made in a complaint are not admissible for the truth of the matter asserted. Prejudicial. F.R.E. 403. Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits involving entities that are not involved in this case. |
| 79. | Complaint for Damages for Common Counts *in Bouzane v. Nijjar, et al*., LA | Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | Superior Court No. 22STCV38447 | 11342571, at *7.  This is a matter against a former attorney regarding attorney's fees with no relevance to the claims at issue. Hearsay. F.R.E. 801-802. *Lee*, 250 F. 3d at 688-89. Allegations made in a complaint are not admissible for the truth of the matter asserted. Prejudicial. F.R.E. 403. Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits involving entities that are not involved in this case. |
| | Declaration of Sara Tellez | Hearsay. F.R.E. 801-802. Declarant Sara Tellez relays Joaquin Rodriguez's statement to her. Relevance. F.R.E. 401.  *See Nichia Am. Corp.,* 2008 WL |

LARSON
LOS ANGELES

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | 11342571, at *7. Tellez states that Rodriguez called to "report a complaint of misconduct" but does not mention any allegations of racial discrimination. Prejudicial. F.R.E. 403. Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits involving entities that are not involved in this case. Tellez cannot testify to the facts supporting of the "multitude of complaints" nor has she identified any related to the subject property. |
| | Declaration of Joaquin Rodriguez | Hearsay. F.R.E. 801-802. Rodriguez alleges hearsay statements allegedly made by someone whose last name is not even provided. Relevance. F.R.E. 401. *See* |

| PLTFS' EXH. NO. | DESCRIPTION | GROUNDS FOR OBJECTION |
|---|---|---|
| | | *Nichia Am. Corp.,* 2008 WL 11342571, at *7. Rodriguez does not allege that Kler knew or controlled "Arlene" or that racial discrimination was instructed as a company policy rather than the alleged comment of an individual. Nor does he allege anything related to Valerio. Prejudicial. F.R.E. 403. Plaintiffs attempt to malign Defendants' reputation in this case by citing unrelated lawsuits involving entities that are not involved in this case. |

1 | Dated:  April 3, 2023

LARSON LLP

By: _____
      Stephen G. Larson
      Jerry A. Behnke
      Andrew Beshai
      Jane Davidson
Attorneys for Defendants SWARANJIT (MIKE)
NIJJAR and DALJIT KLER