BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  *cbrancart@brancart.com*
  Elizabeth Brancart (SBN 122092)
  *ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING  COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE)  NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER <br><br> Defendants. | Case 5:21-cv-00941-JGB-KK <br><br> **PLAINTIFFS' UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO COMPLETE ADR; [PROPOSED] ORDER** |

Plaintiffs hereby apply for an order amending the scheduling order to extend by 35 days the deadline for the parties to complete ADR from April 24, 2024 (ECF 26, 37) to May 29, 2023.  This request is unopposed.  A proposed order is lodged as an attachment to this application and emailed to chambers.

Pursuant to Fed. R. Civ. P. 16(b)(4), there is good cause to grant this unopposed application for the following reasons:

First, it is timely since the deadline to complete ADR has not expired

1    Second, the parties have diligently litigated this case.  Currently pending

2  before the Court is defendants Swaranjjit (Mike) Nijjar and Daljit Kler's motion

3  for summary judgment on liability or, in the alternative, on punitive damages (ECF

4  51-70).  The hearing date on that motion has been continued by the Court on its

5  own motion twice.  The resolution of that motion will affect settlement, starting

6  with the parties who must appear and participate in an ADR process.

7    Third, granting this extension will not delay the ultimate resolution of this

8  case.  The final pretrial conference is set for August 28, 2023.

9    Fourth, the request is unopposed.

10    Accordingly, there is good cause to grant this application and plaintiffs

11  request that the Court approve the proposed extension.

12    Dated: April 24, 2023.

13                          Respectfully submitted,

14                          BRANCART & BRANCART

15

16                          */s/ Christopher Brancart*
                            Christopher Brancart (SBN 128475)
17                          cbrancart@brancart.com
                            P.O. Box 686
18                          Pescadero, CA 94060
                            Tel:   (650) 879-0141
19                          Fax:   (650) 879-1103

20                          Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on April 24, 2023, I served by email via ECF a copy of the attached document –**PLAINTIFFS' UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO COMPLETE ADR; [PROPOSED] ORDER** – on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*jdavidson@larsonllp.com*

*/s/Elizabeth Brancart*

-3-