UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., AND JAMES BEASLEY<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, AND ELISA VALERIO,<br><br>Defendants. | Case No.: 5:21-cv-00941-JGB-KKx<br><br>ORDER GRANTING Plaintiffs' Application for Extension of Time to Complete ADR (Dkt. No. 71) |

Having considered plaintiffs' application to extend the time for the parties to complete a settlement conference, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline to complete a settlement conference is extended to May 29, 2023.

Dated: April 27, 2023.

Hon. Jesus G. Bernal
United States District Judge