AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| Fair Housing Council of Riverside County, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:21-cv-00941-JGB-KKx |
| Group XIII Properties LP, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Group XIII Properties LP, Group XIII Properties Inc., Elisa Valerio, DHA Opportunity 1, LP, DHA Opportunity 1, Inc.

Date:  05/05/2023

/s/ Stephen G. Larson
*Attorney's signature*

Stephen G. Larson, SBN 145225
*Printed name and bar number*

LARSON LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA  90071
*Address*

slarson@larsonllp.com
*E-mail address*

(213) 436-4888
*Telephone number*

(213) 623-2000
*FAX number*