BRANCART & BRANCART
Christopher Brancart (SBN 128475)
*cbrancart@brancart.com*
Elizabeth Brancart (SBN 122092)
*ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,<br><br>   Plaintiffs,<br><br>   vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER,<br><br>   Defendants. | Case 5:21-cv-00941-JGB-KK<br><br>**PLAINTIFFS' REQUEST FOR EXTENSION OF DEADLINE TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER** |

Plaintiffs hereby apply for issuance of an order extending the deadline for submission of their confidential settlement conference statement from Friday, May 19, 2023, at 4:00 p.m. (ECF 74) to midnight, May 19, 2023.   A proposed order is lodged as an attachment and emailed to chambers.

There is good cause to grant this request for the following reasons:

<u>First</u>, it is timely since the deadline has not expired.

<u>Second</u>, on Friday, May 19, Christopher Brancart, the attorney for plaintiffs

-1-

1  responsible for completing and finalizing plaintiffs' confidential settlement
2  conference statement will be traveling from Pescadero, California to Boston,
3  Massachusetts to attend his niece's graduation.  This trip was planned before
4  issuance of the Court's Order re settlement conference setting the current deadline.
5  Brancart anticipates reviewing and revising the draft of the statement on Friday
6  while on travel, but will not have access to the internet before 4:00 p.m.  Brancart
7  will be able to transmit the finalized statement via email to the Court before the
8  end of the day, May 19, after he arrives in Boston.

\* \* \*

Dated: May 17, 2023.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart (SBN 128475)
*cbrancart@brancart.com*
Elizabeth Brancart (SBN 122092)
*ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on May 17, 2023, I certify that I served by email via ECF a copy of the attached document – **PLAINTIFFS' REQUEST FOR EXTENSION OF DEADLINE TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER** – on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Andrew Beshai
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*abeshai@larsonlp.com*
*jdavidson@larsonllp.com*

      */s/ Christopher Brancart*