**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER,**<br><br>**Defendants.** | **Case 5:21-cv-00941-JGB-KK**<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |

Having considered plaintiffs' application for extension of time to the end of the day to submit plaintiffs' confidential settlement conference statement, and good cause appearing therefor, IT IS HEREBY ORDERED that plaintiffs may

///

///

submit that statement to the Court via email by the end of the due date, May 19, 2023.

So ordered.

Dated: May 18, 2023.

Hon. Kenly Kiya Kato
U.S. Magistrate Judge