UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-941-JGB (KKx)** | Date: | May 22, 2023 |
|---|---|---|---|
| Title: | *Fair Housing Council of Riverside County, Inc., et al. v. Group XIII Properties LP, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order

In anticipation of the settlement conference on Friday, May 26, 2023, the parties shall exchange settlement offers including all material terms. Plaintiffs shall make a written settlement demand to Defendants **no later than 4:00 p.m. on Tuesday, May 23, 2023**. Defendants shall respond in writing to Plaintiffs' settlement demand with a counter-offer **no later than noon on Thursday, May 25, 2023**. The parties shall provide copies of the written settlement demand and counter-offer via email to Judge Kato's chambers at kk_chambers@cacd.uscourts.gov.

**IT IS SO ORDERED.**