UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 21-941-JGB (KKx)** | Date: | May 26, 2023 |
| Title: | *Fair Housing Council of Riverside County, Inc., et al. v. Group XIII Properties LP, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendants: |
|---|---|
| Christopher Brancart | Jerry Behnke<br>Stephen Larson<br>Wayne Leech |

**Proceedings:**   VIDEO SETTLEMENT CONFERENCE

On May 26, 2023, the matter was called for a settlement conference as previously scheduled.

Appearances were made by video as referenced above.  Also present by video were Plaintiff James Beasley and Plaintiff Fair Housing Council of Riverside County, Inc.'s representatives Ivan Aguirre, Tiffany Kinslow, Dikymb Martin, Tony Reyes, and Sara Telles, as well as Defendant Group XIII Properties LP's representative Jesse Carrillo and Defendants' insurance company's representative, April Minkus.

Following consultation and after significant discussions with the Court, the parties were unable to agree upon a settlement.  The Court ordered Plaintiffs to counter Defendants' outstanding offer in writing **no later than 4:00 p.m. on Tuesday, May 30, 2023**.  Defendants shall respond in writing to Plaintiffs' offer **no later than 4:00 p.m. on Thursday, June 1, 2023**.  The parties shall provide copies of the written settlement offers via email to Judge Kato's chambers at kk_chambers@cacd.uscourts.gov.

**IT IS SO ORDERED.**