BRANCART & BRANCART
Christopher Brancart (SBN 128475)
cbrancart@brancart.com
Elizabeth Brancart (SBN 122092)
ebrancart@brancart.com
P.O. Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER, <br><br> Defendants. | Case 5:21-cv-00941-JGB-KK <br><br> **PLAINTIFFS' UNOPPOSED APPLICATION FOR ORDER CLARIFYING DEADLINES FOR FILING PRETRIAL DOCUMENTS; [PROPOSED] ORDER** |

Plaintiffs apply for issuance of an order clarifying the deadlines for filing pretrial documents by modifying the remaining dates in the current scheduling order as follows:

| No. | Task | Current Order (ECF 37) | Proposed Order |
|---|---|---|---|
| 05 | Trial Filings (first round) | 06/19/2023 | NA |

-1-

| No. | Task | Current Order (ECF 37) | Proposed Order |
|---|---|---|---|
| 06 | Trial Filings (second round) | 06/26/2023 | NA |
| 07 | Trial Filings (third round) | 07/03/2023 | NA |
| 08 | Final Pretrial Conference | Monday, 08/28/2023 at 11:00 a.m. | Monday, 08/28/2023 at 11:00 a.m. |
| 09 | Jury Trial | Tuesday, 09/19/2023 at 9:00 a.m. | Tuesday, 09/19/2023 at 9:00 a.m. |

Defendants do not oppose the relief requested in this application. A proposed order is lodged as an attachment to this application and emailed to chambers.

There is good cause to grant this unopposed application for the following reasons:

First, the pretrial filing deadlines in the current scheduling order (ECF 37) do not match the deadlines set forth in either the federal and local rules or this Court's standard Civil Trial Scheduling Order (ECF 26).

Second, at some point, the dates for the pretrial conference and trial were changed but the related deadlines for filing pretrial documents were not adjusted accordingly. The simplest solution is to eliminate the source of the confusion -- the current deadlines for filing pretrial documents -- and rely on the deadlines set forth in this Court's standard Civil Trial Scheduling Order.

Last, granting the relief requested in this application has no impact on the Court's calendar.

///

///

///

Accordingly, there is good cause to grant this application.

* * *

Dated: June 14, 2023.

Respectfully submitted,

BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart
*cbrancart@brancart.com*
Elizabeth Brancart
*ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on June 14, 2023, I certify that I served by email via ECF a copy of the attached document – PLAINTIFFS' UNOPPOSED APPLICATION FOR ORDER CLARIFYING DEADLINES FOR FILING PRETRIAL DOCUMENTS; [PROPOSED] ORDER -- on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Andrew Beshai
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*abeshai@larsonlp.com*
*jdavidson@larsonllp.com*

          */s/ Christopher Brancart*