**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER,<br><br>Defendants. | Case 5:21-cv-00941-JGB-KK<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION FOR CORRECTION OF DEADLINES FOR FILING PRETRIAL DOCUMENTS (Dkt. No. 82)** |

Having considered plaintiffs' unopposed application for an order clarifying the dates for filing pretrial documents, and good cause therefor, IT IS HEREBY ORDERED that the Scheduling Order (ECF 37) is modified as follows:

///

///

///

-1-

| No. | Task | Prior Order (ECF 37) | Current Order |
|---|---|---|---|
| 05 | Trial Filings (first round) | 06/19/2023 | Per Civil Trial Scheduling Order |
| 06 | Trial Filings (second round) | 06/26/2023 | Per Civil Trial Scheduling Order |
| 07 | Trial Filings (third round) | 07/03/2023 | Per Civil Trial Scheduling Order |
| 08 | Final Pretrial Conference | Monday, 08/28/2023 at 11:00 a.m. | Monday, 08/28/2023 at 11:00 a.m. |
| 09 | Jury Trial | Tuesday, 09/19/2023 at 9:00 a.m. | Tuesday, 09/19/2023 at 9:00 a.m. |

SO ORDERED.

Dated:   June 28 , 2023.

_____
Hon. Jesus G. Bernal
U.S. District Judge