1  BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
2  *cbrancart@brancart.com*
   Elizabeth Brancart (SBN 122092)
3  *ebrancart@brancart.com*
   P.O. Box 686
4  Pescadero, CA 94060
   Tel:   (650) 879-0141
5  Fax:   (650) 879-1103
6
   Attorneys for Plaintiffs
7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **FAIR HOUSING  COUNCIL OF**          )    **Case 5:21-cv-00941-JGB-KK**
    **RIVERSIDE COUNTY, INC., and**       )
12  **JAMES BEASLEY,**                    )    **JOINT REQUEST FOR STATUS**
                                          )    **CONFERENCE PURSUANT TO**
13            **Plaintiffs,**             )    **NOTICE OF SETTLEMENT;**
                                          )    **[PROPOSED] ORDER**
14       **vs.**                          )
                                          )
15                                        )
                                          )
16  **GROUP XIII PROPERTIES LP,**         )
    **GROUP XIII PROPERTIES, INC.,**      )
17  **SWARANJIT (MIKE)  NIJJAR,**         )
    **ELISA VALERIO, DHA**               )
18  **OPPORTUNITY 1, LP, DHA**           )
    **OPPORTUNITY 1, INC., and**         )
19  **DALJIT KLER,**                     )
                                          )
20            **Defendants.**             )
                                          )
21  _____      )

22          Pursuant LR 40-2, the parties hereby notify the Court of the settlement of

23  this action.

24          To implement their settlement, the parties request that this matter be set for

25  a telephonic status conference no sooner than August 21, 2023, to provide them

26  with sufficient time to finalize their settlement agreement, exchange signatures,

27  and file a request for dismissal pursuant to that agreement.   (The date set for that

28  ///

                                    -1-

1   status conference would automatically be vacated in the event that the parties file a

2   dismissal of action before that conference.)

3       A proposed order is attached to this notice and request and emailed to

4   chambers.

5                                          * * *

6       Dated:    August 7, 2023.

7

8                                  Respectfully submitted,

9

10  LAW OFFICE OF WAYNE D.                    BRANCART & BRANCART
    LEECH

11                                            /s/ Christopher Brancart
                                              Christopher Brancart (SBN 128475)
12  /s/ Wayne Leech                           cbrancart@brancart.com
    Wayne Leech (SBN 97676)                   Elizabeth Brancart (SBN 122092)
13  11001 Main Street, Suite 200              ebrancart@brancart.com
    El Monte, CA 91731                        P.O. Box 686
14  wayne@leechlaw.com                        Pescadero, CA 94060
                                              Tel:   (650) 879-0141
15  LARSON LLP                                Fax:   (650) 879-1103

16  /s/ Jerry Behnke                          Attorneys for Plaintiffs
    Jerry Behnke (SBN 180462)
17  Stephen Larson
    Andrew Beshai
18  555 S. Flower Street, Suite 4400
    Los Angeles, CA 90071
19  slarson@larsonllp.com
    jbehnke@larsonllp.com
20  abeshai@larsonllp.com

21  Attorneys for Defendants

22
        I attest that all other signatories listed, and on whose behalf the filing is
23
    submitted, concur in the filing's content and have authorized the filing.
24
    /s/ Christopher Brancart
25

26

27

28

                                           -2-

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 7, 2023, I certify that I served by email via ECF a copy of the attached document – **JOINT REQUEST FOR STATUS CONFERENCE PURSUANT TO NOTICE OF SETTLEMENT; [PROPOSED] ORDER** – on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Andrew Beshai
Jane Davidson
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*abeshai@larsonllp.com*
*jdavidson@larsonllp.com*

*/s/ Christopher Brancart*