BRANCART & BRANCART
Christopher Brancart (SBN 128475)
*cbrancart@brancart.com*
Elizabeth Brancart (SBN 122092)
*ebrancart@brancart.com*
P.O. Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER,<br><br>Defendants. | Case 5:21-cv-00941-JGB-KK<br><br>JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER |

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby apply for and stipulate to issuance of an order dismissing this action with prejudice pursuant to

///

///

///

-1-

the terms of their settlement agreement. The Court shall retain jurisdiction for purposes of enforcement only. A proposed order of dismissal is lodged as an attachment and emailed to chambers.

So stipulated.

\* \* \*

Dated:   October 9, 2023.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF WAYNE D. LEECH | BRANCART & BRANCART |
| | */s/ Christopher Brancart* |
| | Christopher Brancart (SBN 128475) |
| */s/ Wayne Leech* | *cbrancart@brancart.com* |
| Wayne Leech (SBN 97676) | Elizabeth Brancart (SBN 122092) |
| 11001 Main Street, Suite 200 | *ebrancart@brancart.com* |
| El Monte, CA 91731 | P.O. Box 686 |
| wayne@leechlaw.com | Pescadero, CA 94060 |
| | Tel:    (650) 879-0141 |
| LARSON LLP | Fax:   (650) 879-1103 |
| | |
| */s/ Jerry Behnke* | Attorneys for Plaintiffs |
| Jerry Behnke (SBN 180462) | |
| Stephen Larson | |
| Andrew Beshai | |
| 555 S. Flower Street, Suite 4400 | |
| Los Angeles, CA 90071 | |
| *slarson@larsonllp.com* | |
| *jbehnke@larsonllp.com* | |
| *abeshai@larsonlp.com* | |

Attorneys for Defendants

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Christopher Brancart*

**CERTIFICATE OF SERVICE**

    Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on October 9, 2023, I certify that I served by email via ECF a copy of the attached document – **JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** – on the following attorneys:

Wayne Leech
Law Office of Wayne D. Leech
11001 Main Street, Suite 200
El Monte, CA 91731
*wayne@leechlaw.com*

Stephen Larson
Jerry Behnke
Andrew Beshai
Larson LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
*slarson@larsonllp.com*
*jbehnke@larsonllp.com*
*abeshai@larsonlp.com*

                 */s/ Christopher Brancart*