UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., and JAMES BEASLEY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GROUP XIII PROPERTIES LP, GROUP XIII PROPERTIES, INC., SWARANJIT (MIKE) NIJJAR, ELISA VALERIO, DHA OPPORTUNITY 1, LP, DHA OPPORTUNITY 1, INC., and DALJIT KLER,<br><br>　　　　Defendants. | Case 5:21-cv-00941-JGB-KKx<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

　　　Pursuant to the joint application and stipulation of the parties, and good cause therefor, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice.   The Court shall retain jurisdiction for purposes of enforcement only.

　　　SO ORDERED.
　　　Dated:　October 25, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　United States District Judge

–1–